# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW HAMPSHIRE

In re:                                                                                                                  Bk. No. 17-11540-BAH
                                                                                                                     Chapter 11

Sky-Skan Incorporated,
                  Debtor(s)

## ORDER OF THE COURT

Hearing Date:                 11/09/2017

Nature of Proceeding:

    Doc# 19 Motion of Debtor for Authority to Pay Pre-Petition Wages Filed by Debtor Sky-Skan Incorporated

    Doc# 20 Motion for Order A) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Service; B) Deeming Utilities Adequately Assured of Future Performance; and C) Establishing Procedures for Determining Adequate Assurance of Payment Filed by Debtor Sky-Skan Incorporated

Outcome of Hearing:

ATTORNEY TAMPOSI TO SUBMIT A REVISED PROPOSED CASH COLLATERAL ORDER (RE DOC. 36).

ATTORNEY TAMPOSI TO SUBMIT A REVISED PROPOSED ORDER REGARDING PRE-PETITION WAGES FORTHWITH.

MOTION RE UTILITIES IS WITHDRAWN (Doc. 20).


IT IS SO ORDERED:


/s/ Bruce A. Harwood         11/09/2017
_____
Bruce A. Harwood
Chief Judge