**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| Sky-Skan Incorporated, | ) | Case No. 17-11540-BAH |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF HEARING**

Please take notice that a hearing will be held:

DATE:          December 14, 2017

TIME:          9:30 a.m.

LOCATION:   Warren B. Rudman United States Courthouse, 55 Pleasant Street, Concord, New Hampshire 03301, Courtroom A

To consider and act upon the following:

1.  Motion to Dismiss Debtor's Chapter 11 Case or for the Appointment of a Chapter 11 Trustee

Last day for objections: December 7, 2017

/s/ Peter Antonelli
Peter Antonelli
BNH07641
Curran Antonelli, LLP
260 Franklin Street
Boston, MA 02110
Phone: (617) 207-8670
Facsimile: (857) 233-4716
pantonelli@curranantonelli.com

Dated: November 16, 2017

1

## CERTIFICATE OF SERVICE

      I, Peter Antonelli, certify that on the date set forth below, I have caused a copy of the foregoing Notice of Hearing together with the Motion to Dismiss Debtor's Chapter 11 Case or for the Appointment of a Chapter 11 Trustee to all parties who have filed appearances in this case via the Court's electronic filing system and via first-class mail to the Debtor's twenty (20) largest unsecured creditors.

Dated: November 16, 2017                              /s/ Peter Antonelli
                                                                                Peter Antonelli