| **Fill in this information to identify the case:** | |
|---|---|
| Debtor name | **Sky-Skan Incorporated** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW HAMPSHIRE |
| Case number (if known) | **17-11540** |

☐ Check if this is an amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/16**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1: Income**

1. **Gross revenue from business**

☐ None.

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other | **$5,424,694.30** |
| **For prior year:** From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other | **$3,567,232.00** |
| **For year before that:** From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other | **$4,728,287.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
|---|---|

**Part 2: List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** *Check all that apply* |
|---|---|---|---|



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Various - See Schedule 207.3** | **Between Aug. 1, 2017 and Nov. 1, 2017** | **$1,115,095.72** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Steven and Virginia Savage<br>See Schedule 207-4<br>Owner and Officer** | **Various** | **$704,075.00** | **Expense Reimbursment for use of credit cars, travel expenses, rent and repayment of personal loans.** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Coastal Capital, LLC v. Sky-Skan Incorporated, et al.<br>Docket No. 226-2017-CV-411** | **Civil Action** | **Hillsborough County Superior Court<br>30 Spring St.<br>Nashua, NH 03061-0387** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **De Lage Landen Financial Services, Inc. v. Sky Skan, Inc. et al.<br>226-2017-CV-212** | **Civil Action** | **Hillsborough County Superior Court<br>30 Spring St.<br>Nashua, NH 03061-0387** | ☐ Pending<br>☐ On appeal<br>■ Concluded |



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | | |
|---|---|---|---|
| Payments August 1, 2017 - November 1, 2017 | | | |
| (Excluding payroll transactions) | | | |
| ADETEC | ADEK TECHNICAL SALES, INC. | 103,610.76 | Vendor |
| AIM | Workers' Compensation | 2,314.50 | |
| ALLMET | ALLSTON METALCRAFT CO, INC | 7,059.29 | Vendor |
| AMACON | AMAZON.COM | 6,654.24 | Vendor |
| ANJFIN | AnJen Finishing, Inc | 71.00 | Vendor |
| ASHAUD | ASHLY AUDIO INC. | 415.81 | Vendor |
| ASTTEC | ASTRO-TEC MANUFACTURING, INC. | 12,900.00 | Vendor |
| | 550 Elm Ridge Road | | |
| | Canal Fulton, OH 44614 | | |
| BOA | Bank of America - fees | 2,646.77 | Bank Fees |
| BANAME | BANK OF AMERICA VISA 9437 | 2,492.65 | Credit Card |
| BARINC | BARCO INC. | 162,520.95 | Vendor |
| | 11101 Trade Center Drive | | |
| | Cordova, CA 95670 | | |
| BLADES | BLACKMAGIC DESIGN INC. | 2,096.00 | Vendor |
| BOA | BoA Legal LTS P081817000283 | 49,317.84 | Legal Order - Coastal |
| BOA | BoA Merchant Services | 1,332.16 | Merchant Service Fees |
| BOA | BofA Legal Order LTS P081417000076 | 46,272.20 | Legal Order - DLL |
| BOXTEC | BOXX Technologies, Inc. | 2,705.00 | Vendor |
| CANFIN | CANON FINANCIAL SERVICES, INC. | 982.62 | Copier lease |
| CANUSA | CANON U.S.A., INC. | 657.98 | Vendor |
| CHRIDIG | CHRISTIE DIGITAL SYSTEMS USA, INC. | 18,775.54 | Vendor |
| | 10550 Camden Drie | | |
| | Cypress, CA 90630 | | |
| COVNOR | CLAU CLEANING CORP. | 1,860.00 | Cleaning Service |
| CEMINC | Colonial Electronic Manufacturers, Inc | 3,992.25 | Vendor |
| COMCAST | Comcast | 369.70 | Internet |
| CRYROC | CRYSTAL ROCK | 132.85 | Office expense - water |
| CUSMAN | CUSTOM MFG. SERVICES INC. | 10,126.50 | Vendor |
| | 235 Main Dunstable Road | | |
| | Nashua, NH 03062 | | |
| RATMAR | David Martin Ratcliffe | 5,000.00 | Employee - expenses |
| | 946 Parkway Drive | | |
| | Valley Center, KS 67f147 | | |
| MEDLIF | Dearborn National | 730.35 | Employee - life/disability insurance |
| DIAMED | DIAGNOSTIC MEDICAL ASSOCIATES | 7,826.00 | Rent |
| | 266 Depot Road | | |
| | Hollis, MA 03049 | | |
| DIMPRE | DIMARK PRECISION MACHINING INC | 9,907.88 | Vendor |
| | 745 Washington Street | | |
| | North Pembroke, MA 02358 | | |
| DREHOS | DREAMHOST WEB HOSTING | 27.20 | Internet/Web Hosting |
| EBAY | EBAY | 131.88 | Vendor |

| | | | |
|---|---|---|---|
| MOGELE | ELISABETH MOGER | 3,500.00 | Employee - expenses |
| BAREVA | EVAN BARTLETT | 250.00 | Employee (expenses) |
| PUBSER | EVERSOURCE | 13,060.06 | Utility - Electric |
| FEDFRE | FEDEX FREIGHT | 472.67 | |
| FEDTRA | FEDEX TRADE NETWORKS | 631.18 | Shipping |
| FEDEXP | FEDEX<br>PO Box 371461<br>Pittsburgh, PA 15250 | 6,505.51 | Shipping |
| CROINS | FIAI/CROSS INSURANCE<br>1100 Elm Street<br>Manchester, NH 03101 | 5,275.00 | Insurance - Foreign Pkg |
| BAYRIN | FIRSTLIGHT | 635.20 | Telephone |
| CALSTA | FRANCHISE TAX BOARD | 23.00 | Tax - Annual Fee |
| BARGEO | GEORGE BARNETT<br>50 Raymond Street<br>Nashua, NH 03064 | 16,350.00 | Employee (expenses) |
| GGSOUND | GG Sound, Inc. | 1,786.71 | Vendor |
| GREWOR | GREEN WORLDWIDE SHIPPING | 827.00 | Shipping |
| HANINS | HANOVER INSURANCE<br>10 Corporate Drive<br>Bedford, NH 03110 | 8,125.80 | Insurance |
| HARPRO | HARMAN PROFESSIONAL, INC.<br>1718 W Mishawaka Road<br>Elkhart, IN 46517 | 23,892.29 | Vendor |
| HARPIL | HARVARD PILGRIM HEALTH CARE<br>1600 Crown Colony Drive<br>Quincy, mA 02169 | 41,343.88 | Health Insurance |
| HOMDEP | HOME DEPOT | 69.85 | Vendor |
| GIJJOH | JOHAN GIJSENBERGS | 2,656.06 | Outside Services |
| JOHSUP | JOHNSON SUPPLY | 238.45 | Vendor |
| KIMJUN | JUNHAN KIM<br>A-303.22 Samtaegimal-gil<br>Jori-eup<br>Paju-si<br>Gyeonggi-do<br>10939 SOUTH KOREA | 8,164.00 | Outside Services - Korean tech support/sales |
| LEEJUY | JUYEAN LEE<br>121 Bader Hill Drive<br>Milford, NH 03055 | 12,080.00 | Employee - expenses |
| JVCPRO | JVCKENWOOD USA<br>100 Valley Road<br>Wayne, NJ 07470 | 50,950.00 | Vendor |
| KWOKYO | KYOUNG A KWON | 4,082.00 | Outside Services - Korean tech support/sales |
| LAKSTR | LAKE STREET MILL C.A. | 4,150.75 | Condo fees |
| DLSWOR | LAW OFFICES OF NIEDERMAN, STANZEL & LINDSEY | 3,663.89 | DLS Worldwide - shipping |
| NATGRID | LIBERTY UTILITIES | 312.17 | Utilities - gas |
| AETLIF | LINCOLN LIFE & ANNUITY | 144.45 | Life Insurance |

| | | | |
|---|---|---|---|
| WEIMAR | MARTIN WEISS<br>121 Bader Hill Drive<br>Milford, NH 03055 | 5,500.00 | Employee - expenses |
| NAVINC | NAVITAR, INC.<br>200 Commerce Drive<br>Rochester, NH 14623 | 15,550.00 | Vendor |
| NEFCHI | Nefab Packaging, Inc. | 787.00 | Vendor |
| NEOBOS | NEOPOST INC | 50.00 | Postage |
| NECS | NEW ENGLAND COPY SPECIALISTS, INC. | 465.16 | Copier service/maintenance/supplies |
| AIMMUT | New Hampshire Employers Insurance Company | 2,314.50 | Worker's Comp Insurance |
| NEWMEX | NEW MEXICO TAXATION AND | 50.00 | Taxes and fees |
| NYSDOT&F | New York State Dept. of Taxation & Finance | 150.00 | Taxes and fees |
| NEWEGG | NEWEGG COMPUTERS | 4,647.00 | Vendor |
| DELDEN | NORTHEAST DELTA DENTAL | 1,895.64 | Dental/Vision Insurance |
| RALPIL | NORTHEAST ELECTRICAL DISTRIBUTORS | 531.19 | Vendor |
| PENSTE | PENNSYLVANIA STEEL COMPANY INC. | 204.00 | Vendor |
| LABREA | PEOPLEREADY INC. | 1,973.76 | Outside labor |
| PNYTEC | PNY TECHNOLOGIES, INC.<br>100 Jefferson Road<br>Parsippany, NJ 07054 | 78,650.00 | Vendor |
| JVC | Projectors for Portland, OR | 45,855.00 | |
| PROVIDENT | Provident Bank | 102.41 | Bank fees |
| PSIIND | PSI INDUSTRIES INC. | 672.04 | Vendor |
| RAPFIN | RAPID FINISHING CORP | 2,002.50 | Vendor |
| ONEREB | REBECCA ONEY | 1,722.16 | Outside Services |
| RESINC | RESH, INC.<br>25 Kenwood Circle<br>Franklin, MA 02038 | 5,315.00 | Vendor |
| ROATRA | ROANOKE TRADE SERVICES | 1,000.00 | Shipping |
| HAYROB | ROBERT HAYDEN<br>84 Dutton Road<br>Lyndeborough, NH 03082 | 5,700.00 | Employee - expenses |
| SAGE | SAGE SOFTWARE INC | 1,796.97 | Software subscription - accounting software |
| DESSAM | SAMANTHA DESIDERIO<br>28 Tritonos Street, Paleo Failro<br>Athens 17562<br>GREECE | 18,922.68 | Outside Services - European sales |
| SERINT | SERVINT INTERNET SERVICES | 418.00 | Internet |
| SFCABL | SF CABLE, INC. | 133.40 | Vendor |
| SONELE | SONY<br>One Sony Drive<br>Park Ridge, NJ 07656 | 149,205.00 | Vendor |
| STAPLE | STAPLES CREDIT PLAN | 62.98 | Office supplies - vendor cc |
| CALSTA | STATE OF CALIFORNIA | 17,811.00 | CA Sales Tax |
| NJ-CBT | State of New Jersey - CBT | 273.00 | Taxes and fees |

| | | | |
|---|---|---|---|
| SWEMET | SWEENEY METAL FABRICATORS INC<br>15 Progress Avenue<br>Nashua, NH 03062 | 9,960.30 | Vendor |
| TAMLAW | TAMPOSI LAW GROUP<br>159 Main Street<br>Nashua, NH 03060 | 45,971.50 | Legal ($13,261.50 for services performed within last thirty days, $32,710 for retainer) |
| ULWPAR | The Ulwazi Partnership | 4,645.67 | Outside services - Cape Town |
| EVA | TREASURER COMMONWEALTH OF VIRGINIA | 269.00 | Invoice fee |
| ULINE | ULINE | 594.16 | Vendor |
| UNIPA3 | UNITED PARCEL SERVICE | 363.95 | Shipping |
| VERWIR | VERIZON WIRELESS<br>500 Technology Drive, Suite 560<br>Weldon Spring, MO 63304 | 6,812.61 | Wireless telephone |
| WASMAN | WASTE MGMT OF LONDONDERRY | 1,017.93 | Trash removal |
| X6DUSA | X6D USA, INC<br>12725 SW Millikan Way, Suite 300<br>Beaverton, OR 97005 | 9,580.37 | Vendor |
| | | | |
| | Total | 1,115,095.72 | |

| | | | | | |
|---|---|---|---|---|---|
| 201611051 | 11/5/2016 | SAVSTE | STEVEN T. SAVAGE | 2,500.00 | RENT |
| 201611092 | 11/9/2016 | SAVSTE | STEVEN T. SAVAGE | 4,000.00 | RENT |
| 201611153 | 11/15/2016 | SAVSTE | STEVEN T. SAVAGE | 200.00 | |
| 201611161 | 11/16/2016 | SAVSTE | STEVEN T. SAVAGE | 500.00 | RENT |
| 201611222 | 11/22/2016 | SAVSTE | STEVEN T. SAVAGE | 300.00 | |
| 201611223 | 11/22/2016 | SAVSTE | STEVEN T. SAVAGE | 150.00 | |
| 201611232 | 11/23/2016 | SAVSTE | STEVEN T. SAVAGE | 200.00 | RENT |
| 201611283 | 11/28/2016 | SAVSTE | STEVEN T. SAVAGE | 600.00 | |
| 201611281 | 11/29/2016 | SAVSTE | STEVEN T. SAVAGE | 875.00 | RENT |
| 201612011 | 12/1/2016 | SAVSTE | STEVEN T. SAVAGE | 875.00 | RENT |
| 201612031 | 12/3/2016 | SAVSTE | STEVEN T. SAVAGE | 300.00 | RENT |
| 201612052 | 12/5/2016 | SAVSTE | STEVEN T. SAVAGE | 2,300.00 | RENT |
| 201612122 | 12/12/2016 | SAVSTE | STEVEN T. SAVAGE | 500.00 | RENT |
| 201612224 | 12/22/2016 | SAVSTE | STEVEN T. SAVAGE | 3,500.00 | RENT |
| 201612308 | 12/30/2016 | SAVSTE | STEVEN T. SAVAGE | 1,200.00 | RENT |
| 201701182 | 1/17/2017 | SAVSTE | STEVEN T. SAVAGE | 250.00 | RENT |
| 201701244 | 1/24/2017 | SAVSTE | STEVEN T. SAVAGE | 300.00 | RENT |
| 201702041 | 2/4/2017 | SAVSTE | STEVEN T. SAVAGE | 250.00 | RENT |
| 201702066 | 2/6/2017 | SAVSTE | STEVEN T. SAVAGE | 2,200.00 | RENT |
| 201702099 | 2/9/2017 | SAVSTE | STEVEN T. SAVAGE | 567.48 | |
| 201702105 | 2/10/2017 | SAVSTE | STEVEN T. SAVAGE | 3,500.00 | RENT |
| 201703051 | 3/5/2017 | SAVSTE | STEVEN T. SAVAGE | 2,200.00 | RENT |
| 201703085 | 3/8/2017 | SAVSTE | STEVEN T. SAVAGE | 1,000.00 | |
| 201703094 | 3/9/2017 | SAVSTE | STEVEN T SAVAGE / JOHN S SAVAGE | 5,000.00 | Repay personal loan |
| 201703091 | 3/9/2017 | SAVSTE | STEVEN T. SAVAGE | 800.00 | |
| 201703093 | 3/9/2017 | SAVSTE | STEVEN T. SAVAGE | 8,000.00 | RENT |
| 201703313 | 3/31/2017 | SAVSTE | STEVEN T. SAVAGE | 8,000.00 | RENT |
| 201704284 | 4/28/2017 | SAVSTE | STEVEN T. SAVAGE | 8,000.00 | RENT |
| 201706091 | 6/9/2017 | SAVSTE | STEVEN T. SAVAGE | 1,000.00 | RENT |
| 201706124 | 6/12/2017 | SAVSTE | STEVEN T. SAVAGE | 1,000.00 | RENT |
| 201706131 | 6/13/2017 | SAVSTE | STEVEN T. SAVAGE | 4,050.00 | RENT |
| 4391 | 6/27/2017 | SAVSTE | STEVEN T. SAVAGE | 8,000.00 | RENT |
| 201707223 | 7/22/2017 | | STEVEN T SAVAGE (FOR JOHN SAVAGE) | 5,000.00 | Repay personal loan |
| 201707311 | 7/31/2017 | SAVSTE | STEVEN T. SAVAGE | 8,000.00 | RENT |
| 201708211 | 8/21/2017 | SAVSTE | STEVEN T. SAVAGE | 13.27 | |
| 201708303 | 8/30/2017 | SAVSTE | STEVEN T. SAVAGE | 339.52 | |
| 201709011 | 9/1/2017 | SAVSTE | STEVEN T. SAVAGE | 1,000.00 | RENT |
| 20179082 | 9/8/2017 | SAVSTE | STEVEN T. SAVAGE | 2,000.00 | RENT |
| 201709114 | 9/11/2017 | SAVSTE | STEVEN T. SAVAGE | 5,000.00 | RENT |
| 201709241 | 9/24/2017 | SAVSTE | STEVEN T. SAVAGE | 600.00 | |
| 201709301 | 9/30/2017 | SAVSTE | STEVEN T. SAVAGE | 1,000.00 | RENT |
| 201710113 | 10/11/2017 | SAVSTE | STEVEN T. SAVAGE | 5,000.00 | RENT |
| 1101178 | 11/1/2017 | SAVSTE | STEVEN T. SAVAGE | 90.00 | |

| | | | | | |
|---|---|---|---|---|---|
| 201711013 | 11/1/2017 | SAVSTE | STEVEN T. SAVAGE | 4,000.00 | RENT |
| 20170209 | 2/9/2017 | SAVVIR | VIRGINIA SAVAGE | 15,500.00 | All payments to Virginia Savage are expense reimbursements for use of credit cards to fund operations |
| 41120173 | 4/11/2017 | SAVVIR | VIRGINIA SAVAGE | 3,000.00 | |
| 41120174 | 4/11/2017 | SAVVIR | VIRGINIA SAVAGE | 3,000.00 | |
| 201611162 | 11/16/2016 | SAVVIR | VIRGINIA SAVAGE | 500.00 | |
| 201611251 | 11/25/2016 | SAVVIR | VIRGINIA SAVAGE | 1,200.00 | |
| 201611302 | 11/30/2016 | SAVVIR | VIRGINIA SAVAGE | 3,000.00 | |
| 201612064 | 12/6/2016 | SAVVIR | VIRGINIA SAVAGE | 4,600.00 | |
| 201612123 | 12/12/2016 | SAVVIR | VIRGINIA SAVAGE | 4,000.00 | |
| 201612192 | 12/19/2016 | SAVVIR | VIRGINIA SAVAGE | 1,000.00 | |
| 201612309 | 12/30/2016 | SAVVIR | VIRGINIA SAVAGE | 3,000.00 | |
| 201701221 | 1/20/2017 | SAVVIR | VIRGINIA SAVAGE | 600.00 | |
| 201701231 | 1/23/2017 | SAVVIR | VIRGINIA SAVAGE | 4,500.00 | |
| 201701252 | 1/25/2017 | SAVVIR | VIRGINIA SAVAGE | 3,000.00 | |
| 201701313 | 1/31/2017 | SAVVIR | VIRGINIA SAVAGE | 1,400.00 | |
| 201702082 | 2/8/2017 | SAVVIR | VIRGINIA SAVAGE | 13,100.00 | |
| 201702097 | 2/9/2017 | SAVVIR | VIRGINIA SAVAGE | 2,800.00 | |
| 201702134 | 2/13/2017 | SAVVIR | VIRGINIA SAVAGE | 4,000.00 | |
| 201702211 | 2/21/2017 | SAVVIR | VIRGINIA SAVAGE | 1,500.00 | |
| 201703021 | 3/2/2017 | SAVVIR | VIRGINIA SAVAGE | 600.00 | |
| 201703084 | 3/8/2017 | SAVVIR | VIRGINIA SAVAGE | 5,550.00 | |
| 201703104 | 3/10/2017 | SAVVIR | VIRGINIA SAVAGE | 15,000.00 | |
| 201703136 | 3/13/2017 | SAVVIR | VIRGINIA SAVAGE | 8,000.00 | |
| 201703176 | 3/17/2017 | SAVVIR | VIRGINIA SAVAGE | 5,600.00 | |
| 201703191 | 3/19/2017 | SAVVIR | VIRGINIA SAVAGE | 12,000.00 | |
| 201703202 | 3/20/2017 | SAVVIR | VIRGINIA SAVAGE | 4,000.00 | |
| 201703246 | 3/24/2017 | SAVVIR | VIRGINIA SAVAGE | 5,000.00 | |
| 201703293 | 3/29/2017 | SAVVIR | VIRGINIA SAVAGE | 6,000.00 | |
| 201704043 | 4/4/2017 | SAVVIR | VIRGINIA SAVAGE | 3,000.00 | |
| 201704062 | 4/6/2017 | SAVVIR | VIRGINIA SAVAGE | 20,000.00 | |
| 201704124 | 4/12/2017 | SAVVIR | VIRGINIA SAVAGE | 5,000.00 | |
| 201704125 | 4/12/2017 | SAVVIR | VIRGINIA SAVAGE | 14,000.00 | |
| 201704144 | 4/14/2017 | SAVVIR | VIRGINIA SAVAGE | 1,000.00 | |
| 201704182 | 4/18/2017 | SAVVIR | VIRGINIA SAVAGE | 2,000.00 | |
| 201704202 | 4/20/2017 | SAVVIR | VIRGINIA SAVAGE | 4,000.00 | |
| 201704221 | 4/21/2017 | SAVVIR | VIRGINIA SAVAGE | 1,000.00 | |
| 201704222 | 4/21/2017 | SAVVIR | VIRGINIA SAVAGE | 5,000.00 | |
| 201704231 | 4/19/2017 | SAVVIR | VIRGINIA SAVAGE | 2,000.00 | |
| 201704244 | 4/24/2017 | SAVVIR | VIRGINIA SAVAGE | 5,000.00 | |
| 201704253 | 4/25/2017 | SAVVIR | VIRGINIA SAVAGE | 4,000.00 | |
| 201704283 | 4/28/2017 | SAVVIR | VIRGINIA SAVAGE | 4,000.00 | |
| 201705022 | 5/2/2017 | SAVVIR | VIRGINIA SAVAGE | 4,000.00 | |
| 201705042 | 5/4/2017 | SAVVIR | VIRGINIA SAVAGE | 2,000.00 | |

| | | | | |
|---|---|---|---|---|
| 201705052 | 5/5/2017 | SAVVIR | VIRGINIA SAVAGE | 3,000.00 |
| 201705121 | 5/12/2017 | SAVVIR | VIRGINIA SAVAGE | 2,000.00 |
| 201705151 | 5/15/2017 | SAVVIR | VIRGINIA SAVAGE | 5,500.00 |
| 201705164 | 5/16/2017 | SAVVIR | VIRGINIA SAVAGE | 6,000.00 |
| 201705174 | 5/17/2017 | SAVVIR | VIRGINIA SAVAGE | 10,000.00 |
| 201705222 | 5/22/2017 | SAVVIR | VIRGINIA SAVAGE | 5,000.00 |
| 201705237 | 5/23/2017 | SAVVIR | VIRGINIA SAVAGE | 17,000.00 |
| 201705239 | 5/23/2017 | SAVVIR | VIRGINIA SAVAGE | 1,500.00 |
| 201705243 | 5/24/2017 | SAVVIR | VIRGINIA SAVAGE | 9,000.00 |
| 201705256 | 5/25/2017 | SAVVIR | VIRGINIA SAVAGE | 10,000.00 |
| 201705257 | 5/25/2017 | SAVVIR | VIRGINIA SAVAGE | 5,000.00 |
| 201705301 | 5/30/2017 | SAVVIR | VIRGINIA SAVAGE | 10,000.00 |
| 201706133 | 6/13/2017 | SAVVIR | VIRGINIA SAVAGE | 5,000.00 |
| 201706153 | 6/15/2017 | SAVVIR | VIRGINIA SAVAGE | 8,000.00 |
| 201706194 | 6/19/2017 | SAVVIR | VIRGINIA SAVAGE | 10,000.00 |
| 201706203 | 6/20/2017 | SAVVIR | VIRGINIA SAVAGE | 10,000.00 |
| 201706221 | 6/22/2017 | SAVVIR | VIRGINIA SAVAGE | 2,500.00 |
| 201706282 | 6/28/2017 | SAVVIR | VIRGINIA SAVAGE | 6,000.00 |
| 201706304 | 6/30/2017 | SAVVIR | VIRGINIA SAVAGE | 10,500.00 |
| 201707053 | 7/7/2017 | SAVVIR | VIRGINIA SAVAGE | 8,100.00 |
| 201707055 | 7/7/2017 | SAVVIR | VIRGINIA SAVAGE | 10,000.00 |
| 201707102 | 7/10/2017 | SAVVIR | VIRGINIA SAVAGE | 8,500.00 |
| 201707106 | 7/10/2017 | SAVVIR | VIRGINIA SAVAGE | 5,000.00 |
| 201707120 | 7/12/2017 | SAVVIR | VIRGINIA SAVAGE | 6,000.00 |
| 201707135 | 7/13/2017 | SAVVIR | VIRGINIA SAVAGE | 10,000.00 |
| 201707141 | 7/14/2017 | SAVVIR | VIRGINIA SAVAGE | 6,000.00 |
| 201707185 | 7/18/2017 | SAVVIR | VIRGINIA SAVAGE | 14,000.00 |
| 201707231 | 7/23/2017 | SAVVIR | VIRGINIA SAVAGE | 2,600.00 |
| 201707241 | 7/24/2017 | SAVVIR | VIRGINIA SAVAGE | 2,500.00 |
| 201707251 | 7/25/2017 | SAVVIR | VIRGINIA SAVAGE | 16,000.00 |
| 201707281 | 7/28/2017 | SAVVIR | VIRGINIA SAVAGE | 18,000.00 |
| 201707282 | 7/28/2017 | SAVVIR | VIRGINIA SAVAGE | 6,000.00 |
| 201708023 | 8/2/2017 | SAVVIR | VIRGINIA SAVAGE | 2,600.00 |
| 201708047 | 8/4/2017 | SAVVIR | VIRGINIA SAVAGE | 6,500.00 |
| 201708073 | 8/7/2017 | SAVVIR | VIRGINIA SAVAGE | 2,000.00 |
| 201708081 | 8/8/2017 | SAVVIR | VIRGINIA SAVAGE | 10,000.00 |
| 201708092 | 8/10/2017 | SAVVIR | VIRGINIA SAVAGE | 5,000.00 |
| 201708104 | 8/10/2017 | SAVVIR | VIRGINIA SAVAGE | 2,300.00 |
| 201708111 | 8/11/2017 | SAVVIR | VIRGINIA SAVAGE | 7,000.00 |
| 201708112 | 8/11/2017 | SAVVIR | VIRGINIA SAVAGE | 5,000.00 |
| 201708164 | 8/16/2017 | SAVVIR | VIRGINIA SAVAGE | 19,000.00 |
| 201708261 | 8/26/2017 | SAVVIR | VIRGINIA SAVAGE | 2,000.00 |
| 201708304 | 8/30/2017 | SAVVIR | VIRGINIA SAVAGE | 2,000.00 |
| 201709074 | 9/7/2017 | SAVVIR | VIRGINIA SAVAGE | 4,000.00 |
| 201709081 | 9/8/2017 | SAVVIR | VIRGINIA SAVAGE | 3,000.00 |
| 201709147 | 9/14/2017 | SAVVIR | VIRGINIA SAVAGE | 9,000.00 |

| | | | | |
|---|---|---|---|---|
| 201709203 | 9/20/2017 | SAVVIR | VIRGINIA SAVAGE | 6,000.00 |
| 201709243 | 9/24/2017 | SAVVIR | VIRGINIA SAVAGE | 7,000.00 |
| 201709261 | 9/26/2017 | SAVVIR | VIRGINIA SAVAGE | 5,000.00 |
| 201709262 | 9/26/2017 | SAVVIR | VIRGINIA SAVAGE | 2,000.00 |
| 201709281 | 9/28/2017 | SAVVIR | VIRGINIA SAVAGE | 2,000.00 |
| 201709291 | 9/29/2017 | SAVVIR | VIRGINIA SAVAGE | 1,500.00 |
| 201710021 | 10/2/2017 | SAVVIR | VIRGINIA SAVAGE | 1,000.00 |
| 201710021 | 10/2/2017 | SAVVIR | VIRGINIA SAVAGE | -1,000.00 |
| 201710022 | 10/2/2017 | SAVVIR | VIRGINIA SAVAGE | 1,500.00 |
| 201710031 | 10/3/2017 | SAVVIR | VIRGINIA SAVAGE | 1,000.00 |
| 201710052 | 10/5/2017 | SAVVIR | VIRGINIA SAVAGE | 10,000.00 |
| 201710062 | 10/6/2017 | SAVVIR | VIRGINIA SAVAGE | 5,000.00 |
| 201710091 | 10/9/2017 | SAVVIR | VIRGINIA SAVAGE | 13,365.00 |
| 201711014 | 11/1/2017 | SAVVIR | VIRGINIA SAVAGE | 10,000.00 |
| | | | | 704,075.27 |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | **Ohira Tech, LTD v. Sky-Skan Inc., et al.**<br>**226-2016-CV-00286** | **Civil Action** | **Hillsborough County Superior Court**<br>**30 Spring St.**<br>**Nashua, NH 03061-0387** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **The Tamposi Law Group, P.C.**<br>**159 Main St.**<br>**Nashua, NH 03060** | **Attorney Fees paid in year leading up to filing and fee deposit/retainer for filing.** | **Between January and October, 2017, Debtor paid TLG $17,721 for restructuring and litigation work. The Debtor paid TLG $32,710 as a retainer just prior to filing.** | **$32,710.00** |

**Email or website address**
**peter@thetamposilawgroup.com**

**Who made the payment, if not debtor?**

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7: Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8: Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| | Name and address | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Dianne Cascadden**<br>**73 English Range Road**<br>**Derry, NH 03038** | **December 2011 - October 2015** |
| 26a.2. | **Tina Rogers**<br>**146 Raymond Rd.**<br>**Candia, NH 03034** | **December 2013 - February 2015** |



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Sky-Skan Incorporated** Case number *(if known)* **17-11540**

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.3. | **Virginia Savage** | **February 2015 - present** |
| 26a.4. | **Medaglia & Co.**<br>**26 E. Pearl St.**<br>**Nashua, NH 03060** | **CPA's since 2000** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| | Name and address |
|---|---|
| 26d.1. | **Coastal Capital** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Steven Savage** | | **President** | **100** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Virgina Savage** | | **Treasurer** | **0%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Sky-Skan Incorporated 401(k) Plan. The third party administrator is Tyler Associates, 33 Burncoat St., Worcester, MA 03605** | **EIN:** |

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 27, 2017**

**/s/ Steven T. Savage**
Signature of individual signing on behalf of the debtor

**Steven T. Savage**
Printed name

Position or relationship to debtor **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Sky-Skan Incorporated**

United States Bankruptcy Court for the: DISTRICT OF NEW HAMPSHIRE

Case number (if known) **17-11540**

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

**Part 1: Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** — **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **Bank of America** | **Payroll** | **4512** | **$23,919.85** |
| 3.2. | **Bank of America** | **Operating (for National Geographic)** | **2964** | **$74.18** |
| 3.3. | **The Provident Bank** | **Operating** | | **$155,496.47** |
| 3.4. | **Desjardins Bank, Montreal** | | | **$425.64** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** **$179,916.14**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2: Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.

☐ Yes Fill in the information below.



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Sky-Skan Incorporated** Case number *(If known)* **17-11540**
Name

**Part 3: Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less: **466,420.00** (face amount) - **89,368.00** (doubtful or uncollectible accounts) = .... **$377,052.00**

12. **Total of Part 3.** **$377,052.00**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4: Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** | | | | |
| | **Inventory** | **12/31/16** | **$1,000,000.00** | **Liquidation** | **$317,000.00** |

23. **Total of Part 5.** **$317,000.00**
Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value ________ Valuation method ________ Current Value ________

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Sky-Skan Incorporated** Case number *(If known)* **17-11540**
Name

■ No. Go to Part 7.
☐ Yes Fill in the information below.

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | **Desks, chairs, computers, & office furniture** | **$0.00** | **Liquidation** | **$5,000.00** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.** **$5,000.00**
Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | **Depreciated equipment used in business** | **Unknown** | **Liquidation** | **$21,745.00** |


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Sky-Skan Incorporated** Case number *(If known)* **17-11540**
Name

51. **Total of Part 8.** **$21,745.00**
Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9: Real property**

54. **Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

**Part 10: Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites** | | | |
| 62. | **Licenses, franchises, and royalties** | | | |
| | **National Geographic "Asteroids Mission Extreme" planetarium show co-produced by Debtor. Debtors receives a quarterly royalty of approximately $5,000, which fluctuates.** | **$0.00** | | **$0.00** |
| | **Franklin Institutes "To Space and Back" planetarium show co-produced by Debtor. Debtor receives of quarterly royalty of approximatley $1,000.** | **$0.00** | | **$0.00** |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

66. **Total of Part 10.** **$0.00**
Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Sky-Skan Incorporated** Case number *(If known)* **17-11540**
Name

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

**Part 11: All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ■ No. Go to Part 12.
- ☐ Yes Fill in the information below.


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Sky-Skan Incorporated** Case number *(If known)* **17-11540**
Name

**Part 12: Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$179,916.14** | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$377,052.00** | |
| 83. | **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$317,000.00** | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$5,000.00** | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$21,745.00** | |
| 88. | **Real property.** *Copy line 56, Part 9.*..........> | | **$0.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. | **Total.** Add lines 80 through 90 for each column | **$900,713.14** | + 91b. **$0.00** |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | **$900,713.14** |



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Sky-Skan Incorporated**

United States Bankruptcy Court for the: DISTRICT OF NEW HAMPSHIRE

Case number (if known) **17-11540**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|
| 2.1 Coastal Capital | **$800,000.00** | **Unknown** |

2.1 **Coastal Capital**
Creditor's Name
**c/o Merra and Kanakis**
**159 Main St.**
**Nashua, NH 03060**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Debtor's personal Property**

**Describe the lien**
**UCC Filing**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

| | Column A | Column B |
|---|---|---|
| 2.2 Internal Revenue Service | **$679,814.00** | **Unknown** |

2.2 **Internal Revenue Service**
Creditor's Name
**PO Box 7346**
**Philadelphia, PA 19101**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2015 and 2016**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**All of Debtor's Assets**

**Describe the lien**
**Statutory Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Sky-Skan Incorporated** Case number (if know) **17-11540**
Name

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$1,479,814.00**

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Denice Gallagher**<br>**1000 Elm St.**<br>**Floor 9**<br>**Manchester, NH 03101** | Line **2.2** | |



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Sky-Skan Incorporated**

United States Bankruptcy Court for the: DISTRICT OF NEW HAMPSHIRE

Case number (if known) **17-11540**

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred<br>**2015 and 2016** | Basis for the claim:<br>**941's and 1040** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**State of California**<br>**State Board of Equalization**<br>**PO Box 9428789**<br>**Sacramento, CA 94279-0013** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,593.90** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com 42521 Best Case Bankruptcy

Debtor **Sky-Skan Incorporated** Case number (if known) **17-11540**
Name

| 2.3 | Priority creditor's name and mailing address<br>**State of Louisiana<br>Baton Rouge Headquarters<br>PO Box 201<br>Baton Rouge, LA 70821-0201** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$38,796.60** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Sales Tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address<br>**State of NH<br>Department of Revenue Administration<br>45 Chennell Dr.<br>Concord, NH 03301** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$52,000.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2014 and 2015** | Basis for the claim:<br>**Business Profits Tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | **Amount of claim** |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**Aberdeen LLC<br>10420 Pioneer Blvd<br>Santa Fe Springs, CA 90670**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,840.00** |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**ADEK Technical Sales, Inc<br>3 Infinity Drive<br>Raymond, NH 03077**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$74,256.91** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Adler Planetarium<br>1300 South Lake Shore Drive<br>Chicago, IL 60605**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$150,937.50** |


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

3.4 **Nonpriority creditor's name and mailing address**
**Advanced Lighting Ince/ALPS**
**125 Shawmut Road**
**Canton, MA 02021**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$375.20**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.5 **Nonpriority creditor's name and mailing address**
**Adventure Science Center**
**800 Fort Negley Blvd**
**Nashville, TN 37203**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$26,700.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.6 **Nonpriority creditor's name and mailing address**
**American Museum of Natural History**
**79th at Central Park**
**New York, NY 10024**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$16,950.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.7 **Nonpriority creditor's name and mailing address**
**AnJen Finishing, Inc**
**432 Northboro Road Central**
**Marlborough, MA 01752**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$375.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.8 **Nonpriority creditor's name and mailing address**
**Anthony Greasley**
**28 The Ridings**
**LE7 7LP UK**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,450.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.9 **Nonpriority creditor's name and mailing address**
**Audio Visual Imagineering, Inc**
**6665 Hazeltine National Drive**
**Orlando, FL 32822**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,625.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.10 **Nonpriority creditor's name and mailing address**
**Bank of America**
**PO Box 872237**
**El Paso, TX 79998**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,406.38**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Sky-Skan Incorporated** Case number (if known) **17-11540**
Name

| | | | |
|---|---|---|---|
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Bank of America**<br>**PO Box 15731**<br>**Wilmington, DE 19886**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$18,208.24** |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Bays Mountain Park Association**<br>**853 Bays Mountain Park**<br>**Kingsport, TN 37660**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,875.00** |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Boxx Technologies**<br>**10435 Burnet Road, Suite 120**<br>**Austin, TX 78758**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$9,974.16** |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**California Academy of Sciences**<br>**55 Music Concourse Drive**<br>**San Francisco, CA 94118**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$18,987.50** |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Canon Financial Services, Inc.**<br>**14904 Collections Center Drive**<br>**Chicago, IL 60693**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,087.54** |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Chabot Space and Science Center**<br>**10000 Skyline Blvd**<br>**Oakland, CA 94619**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$10,000.00** |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Charles Romaker**<br>**10 Whitney Street**<br>**Westborough, MA 01581**<br>**Date(s) debt was incurred** More than 180 days prior to the Petition Date<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** 401(k) contributions<br>Is the claim subject to offset? ■ No ☐ Yes | **$5,612.00** |


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Sky-Skan Incorporated** Case number (if known) **17-11540**
Name

| | | | |
|---|---|---|---|
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**Clau Cleaning Corp.**<br>**1734 Lakeview Ave. #169**<br>**Dracut, MA 01826**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,325.00** |
| 3.19 | **Nonpriority creditor's name and mailing address**<br>**Claude Ganter**<br>**9 Wildwood Rd.**<br>**Auburn, NH 03032**<br>**Date(s) debt was incurred** More than 180 days before the Petition Date<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** 401(k) contribution<br>Is the claim subject to offset? ■ No ☐ Yes | **$15,009.54** |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**Coffee Pause Company**<br>**1260 Suffield Street**<br>**Agawam, MA 01001**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$191.80** |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**Comcast**<br>**PO Box 1577**<br>**Newark, NJ 07101**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$184.85** |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**Commercepoint, Inc**<br>**1380 Lower Campus Road**<br>**Honolulu, HI 96822**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$26.91** |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**Custom Mfg. Services, Inc.**<br>**235 Main Dunstable Road**<br>**Nashua, NH 03062**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$11,321.00** |
| 3.24 | **Nonpriority creditor's name and mailing address**<br>**Daniel Skwara**<br>**17 Whitman Road**<br>**Nashua, NH 03062**<br>**Date(s) debt was incurred** More than 180 days before the Petition Date<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** 401(k) contribution<br>Is the claim subject to offset? ■ No ☐ Yes | **$5,292.00** |


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Sky-Skan Incorporated** Case number (if known) **17-11540**
Name

| | | | |
|---|---|---|---|
| 3.25 | **Nonpriority creditor's name and mailing address**<br>**David Martin Ratcliffe**<br>**946 Parkway Drive**<br>**Valley Center, KS 67147**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$4,000.00** |
| 3.26 | **Nonpriority creditor's name and mailing address**<br>**David Martin Ratcliffe**<br>**946 Parkway Drive**<br>**Valley Center, KS 67147**<br>**Date(s) debt was incurred** More than 180 days prior to the Petition Date<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** 401(k) contribution<br>Is the claim subject to offset? ■ No ☐ Yes | **$7,107.00** |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>**De Lage Landen Financial Services, Inc.**<br>**c/o Winer & Bennett, LLP**<br>**111 Concord St.**<br>**PO Box. 488**<br>**Nashua, NH 03061-0488**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Collection Claim<br>Is the claim subject to offset? ■ No ☐ Yes | **$92,337.83** |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>**Dearborn National**<br>**36788 Eagle Way**<br>**Chicago, IL 60678**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$243.45** |
| 3.29 | **Nonpriority creditor's name and mailing address**<br>**Denver Museum of Nature and Science**<br>**2001 Colorado Blvd**<br>**Denver, CO 80205**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$8,737.50** |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>**Diagnostic Medical Associates**<br>**266 Depot Road**<br>**Hollis, NH 03049**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$8,016.00** |
| 3.31 | **Nonpriority creditor's name and mailing address**<br>**Discovery Park of America**<br>**830 Everett Blvd**<br>**Union City, TN 38261**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$4,115.62** |


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Sky-Skan Incorporated** Case number (if known) **17-11540**
Name

**3.32 Nonpriority creditor's name and mailing address**
**DLS Worldwide**
**PO Box 932721**
**Cleveland, OH 44193**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$18,342.76**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.33 Nonpriority creditor's name and mailing address**
**Edward White**
**26 Hackmatack Way**
**Gorham, ME 04038**
**Date(s) debt was incurred** More than 180 days prior to the Petition Date
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,358.33**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** 401(k) contribution
Is the claim subject to offset? ■ No ☐ Yes

---

**3.34 Nonpriority creditor's name and mailing address**
**Elizabeth Moger**
**3912 Grove Avenue**
**Palo Alto, CA 94303**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.35 Nonpriority creditor's name and mailing address**
**Eric Silvernale**
**3 Sentry Way**
**Merrimack, NH 03054**
**Date(s) debt was incurred** More than 180 days prior to the Petition Date
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$161.54**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** 401(k) contributions
Is the claim subject to offset? ■ No ☐ Yes

---

**3.36 Nonpriority creditor's name and mailing address**
**Eversource**
**PO Box 650047**
**Dallas, TX 75265**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,048.79**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.37 Nonpriority creditor's name and mailing address**
**Exploration Place**
**300 N. McLean Blvd.**
**Wichita, KS 67203**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$191,835.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Down payment for theater systems. Have done some design/engineering work; some fabrication of parts
Is the claim subject to offset? ■ No ☐ Yes

---

**3.38 Nonpriority creditor's name and mailing address**
**FedEx**
**PO Box 371461**
**Pittsburgh, PA 15250**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$25,653.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Sky-Skan Incorporated** Case number (if known) **17-11540**
Name

| | | | |
|---|---|---|---|
| 3.39 | **Nonpriority creditor's name and mailing address**<br>**FedEx Freight**<br>**PO Box 223125**<br>**Pittsburgh, PA 15251**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,173.25** |
| 3.40 | **Nonpriority creditor's name and mailing address**<br>**Forcier Contracting & Building Services**<br>**32 Williams Street**<br>**Nashua, NH 03060**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$750.00** |
| 3.41 | **Nonpriority creditor's name and mailing address**<br>**Francis Vesey**<br>**138 Oneida Street**<br>**Manchester, NH 03102**<br>**Date(s) debt was incurred** **More than 180 days prior to the Petition Date**<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **401(k) contribution**<br>Is the claim subject to offset? ■ No ☐ Yes | **$855.96** |
| 3.42 | **Nonpriority creditor's name and mailing address**<br>**Franklin Institute Science Museum**<br>**222 North 20th Street**<br>**Philadelphia, PA 19103**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$87,058.01** |
| 3.43 | **Nonpriority creditor's name and mailing address**<br>**Fulldome Film Society, LTD**<br>**18 Java Road**<br>**North Point, Hong Kong**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$9,350.00** |
| 3.44 | **Nonpriority creditor's name and mailing address**<br>**Gallagher Printing Services**<br>**PO Box 1096**<br>**Exeter, NH 03833**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$158.00** |
| 3.45 | **Nonpriority creditor's name and mailing address**<br>**Geoffrey Skelton**<br>**767 Stallion Road SE**<br>**Rio Rancho, NM 87124**<br>**Date(s) debt was incurred** **More than 180 day before the Petition Date**<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **401(k) contribution**<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,892.98** |


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Sky-Skan Incorporated** Case number (if known) **17-11540**
Name

**3.46** **Nonpriority creditor's name and mailing address**
**Giant Screen Films**
**624 Holly Springs Road**
**Holly Springs, NC 27540**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$31,950.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.47** **Nonpriority creditor's name and mailing address**
**Grant Dugan**
**9 Wildwood Road**
**Auburn, NH 03032**
**Date(s) debt was incurred** More than 180 days prior to the Petition Date
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,692.32**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** 401(k) contribution
Is the claim subject to offset? ■ No ☐ Yes

---

**3.48** **Nonpriority creditor's name and mailing address**
**Hanover Insurance**
**1 Executive Park Dr.**
**Ste 200**
**Bedford, NH 03110**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,746.10**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** **Nonpriority creditor's name and mailing address**
**Higgins Lawn Care**
**15 Hillcrest Drive**
**Merrimack, NH 03054**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.50** **Nonpriority creditor's name and mailing address**
**Hokulani Imaginarium**
**Windward Community College**
**45-720 Keaahala Road**
**Kaneohe, HI 96744**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,570.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Prepayment for Sony lamps
Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** **Nonpriority creditor's name and mailing address**
**Houston Museum of Natural Science**
**5555 Hermann Park Drive**
**Houston, TX 77030**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.52** **Nonpriority creditor's name and mailing address**
**Imiloa Astronomy Center of Hawaii**
**600 Imiloa Place**
**Hilo, HI 96720**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$18,680.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Sky-Skan Incorporated** Case number (if known) **17-11540**
Name

3.53 **Nonpriority creditor's name and mailing address**
**InCorp Services, Inc**
**PO Box 94438**
**Las Vegas, NV 89193**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$868.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.54 **Nonpriority creditor's name and mailing address**
**INFITEC GmbH**
**Lise-Meitner0Strasse 9**
**ULM 89081 GERMANY**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$151,024.26**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.55 **Nonpriority creditor's name and mailing address**
**IPS**
**Attn: Ann Bragg**
**Marietta College Dept of Physics**
**215 Fifth St.**
**Marietta, OH 45750**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$11,980.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.56 **Nonpriority creditor's name and mailing address**
**JF McDonald Insurance Agency**
**20 Iron Hill Street**
**East Weymouth, MA 02189**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,405.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.57 **Nonpriority creditor's name and mailing address**
**Johan Gijsenbergs**
**713 16 Punna Withi 25**
**Bangkok, THAILAND**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$23,306.03**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.58 **Nonpriority creditor's name and mailing address**
**Junhan Kim**
**A-303.22, Samtaegimal-gil**
**Gyeonggi-do 10939 KOREA**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$16,328.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.59 **Nonpriority creditor's name and mailing address**
**Juyean Lee**
**121 Badger Hill Dr.**
**Milford, NH 03055**
**Date(s) debt was incurred** **More than 180 days before the Petition Date**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$15,009.54**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **401(k) contribution**
Is the claim subject to offset? ■ No ☐ Yes


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Sky-Skan Incorporated** Case number (if known) **17-11540**
Name

| | | | |
|---|---|---|---|
| 3.60 | **Nonpriority creditor's name and mailing address**<br>**K2 Communication Corp.**<br>**880 Apollo Street**<br>**El Segundo, CA 90245**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$800.00** |
| 3.61 | **Nonpriority creditor's name and mailing address**<br>**KMG Soft, LLC**<br>**2203 Green Stone Drive**<br>**Arlington, TX 76001**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,243.75** |
| 3.62 | **Nonpriority creditor's name and mailing address**<br>**Kubotek, USA, Inc.**<br>**2 Mount Royal Avenue**<br>**Marlborough, MA 01752**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$875.00** |
| 3.63 | **Nonpriority creditor's name and mailing address**<br>**Kurt Berna**<br>**379 Old Temple Road W**<br>**Lyndeborough, NH 03082**<br>**Date(s) debt was incurred** **More than 180 day prior to the petition date**<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **401(k) contributions**<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,551.63** |
| 3.64 | **Nonpriority creditor's name and mailing address**<br>**Lake Street Mill CA**<br>**c/o Avatar Properties**<br>**163 Main Street**<br>**Salem, NH 03079**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$8,362.77** |
| 3.65 | **Nonpriority creditor's name and mailing address**<br>**LMG, LLC**<br>**2350 Investors Row**<br>**Orlando, FL 32837**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$22,050.00** |
| 3.66 | **Nonpriority creditor's name and mailing address**<br>**Main Concept, LLC**<br>**c/o Divx, LLC**<br>**4790 Eastgate Mall**<br>**Suite 2000**<br>**San Diego, CA 92121**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,272.50** |


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Sky-Skan Incorporated** Case number (if known) **17-11540**
Name

| | | | |
|---|---|---|---|
| 3.67 | Nonpriority creditor's name and mailing address<br>**Martin Weiss**<br>**121 Badger Hill Drive**<br>**Milford, NH 03055**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,000.00** |
| 3.68 | Nonpriority creditor's name and mailing address<br>**Matthew Brown**<br>**8 Mockingbird Lane**<br>**Newmarket, NH 03857**<br>Date(s) debt was incurred More than 180 days prior the Petition Date<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: 401(k) contriubtion<br>Is the claim subject to offset? ■ No ☐ Yes | **$6,040.86** |
| 3.69 | Nonpriority creditor's name and mailing address<br>**McLane, Graf, Raulerson & Middleton, P.A**<br>**P.O. Box 126**<br>**Manchester, NH 03105-0326**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$9,893.95** |
| 3.70 | Nonpriority creditor's name and mailing address<br>**Medaglia & Co**<br>**26 East Pearl Street**<br>**Nashua, NH 03060**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$76,456.25** |
| 3.71 | Nonpriority creditor's name and mailing address<br>**Mentor Graphics**<br>**8005 SW Boeckman Road**<br>**Wilsonville, OR 97070**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$906.50** |
| 3.72 | Nonpriority creditor's name and mailing address<br>**Meuser Optik GmbH**<br>**Fuererter Strasse 105**<br>**D65606 Villmar, GERMANY**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$31,768.30** |
| 3.73 | Nonpriority creditor's name and mailing address<br>**Michael Mertinooke**<br>**105 Langford Road**<br>**Raymond, NH 03077**<br>Date(s) debt was incurred More than 180 days prior to the Petition Date<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: 401(k) contribution<br>Is the claim subject to offset? ■ No ☐ Yes | **$7,644.00** |


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Sky-Skan Incorporated** Case number (if known) **17-11540**
Name

3.74 **Nonpriority creditor's name and mailing address**
**Michael Mertinooke**
**105 Langford Road**
**Raymond, NH 03077**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$20,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.75 **Nonpriority creditor's name and mailing address**
**Michael Neverisky**
**98 Christian Hill Road**
**Amherst, NH 03031**
**Date(s) debt was incurred** More than 180 days prior to the Petition Date
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,918.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** 401(k) contribution
Is the claim subject to offset? ■ No ☐ Yes

3.76 **Nonpriority creditor's name and mailing address**
**Michael Sperry**
**30 Nightingale Road**
**Nashua, NH 03062**
**Date(s) debt was incurred** More than 180 days prior to the Petition Date
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,631.52**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** 401(k) contribution
Is the claim subject to offset? ■ No ☐ Yes

3.77 **Nonpriority creditor's name and mailing address**
**Mirage 3D**
**Lekstratt 156**
**2515VZ The Hague, THE NETHERLANDS**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$35,501.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.78 **Nonpriority creditor's name and mailing address**
**Museum of Science**
**Science Park**
**Boston, MA 02114**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$9,652.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.79 **Nonpriority creditor's name and mailing address**
**National Geographic**
**114 17th Street NW**
**Washington, DC 20036**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$14,800.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.80 **Nonpriority creditor's name and mailing address**
**National Space Center**
**Exploration Drive**
**Leicester, LE4 5NS UK**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$34,877.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Sky-Skan Incorporated** Case number (if known) **17-11540**
Name

**3.81 Nonpriority creditor's name and mailing address**
**Nelson Schneck**
**19 Hardy Lane**
**Hollis, NH 03049**
**Date(s) debt was incurred** More than 180 days prior to the Petition Date
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$22,530.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** 401(k) contribution
Is the claim subject to offset? ■ No ☐ Yes

**3.82 Nonpriority creditor's name and mailing address**
**Neopost Inc.**
**2580 Network Place**
**Chicago, IL 60673**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$323.88**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.83 Nonpriority creditor's name and mailing address**
**New England Copy Specialists, Inc.**
**39 Sixth Street**
**Woburn, MA 01888**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$970.22**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.84 Nonpriority creditor's name and mailing address**
**NH Employers Insurance Co**
**PO Box 4131**
**Woburn, MA 01888**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,314.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.85 Nonpriority creditor's name and mailing address**
**Northeast Delta Dental**
**PO Box 9566**
**Manchester, NH 03108**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$536.78**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.86 Nonpriority creditor's name and mailing address**
**Oceanic Research Group, Inc**
**59 Old Andover Road**
**North Reading, MA 01864**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$18,150.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.87 Nonpriority creditor's name and mailing address**
**Ohira Tech, Ltd.**
**c/o Tenaglia & Hunt, P.A.**
**395 West Passaic St.**
**Suite 205**
**Rochelle Park, NJ 07662**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$368,545.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Collection Claim
Is the claim subject to offset? ■ No ☐ Yes


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Sky-Skan Incorporated** Case number (if known) **17-11540**
Name

| | | | |
|---|---|---|---|
| 3.88 | **Nonpriority creditor's name and mailing address**<br>**Opticis USA. LLC**<br>**17748 Skypark Circle**<br>**Irvine, CA 92614**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$48,824.00** |
| 3.89 | **Nonpriority creditor's name and mailing address**<br>**Paul Bartel**<br>**13 Independence Dr.**<br>**Woburn, MA 01801**<br>**Date(s) debt was incurred** More than 180 day prior to the petition date<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** 401(k) contributions<br>Is the claim subject to offset? ■ No ☐ Yes | **$15,346.17** |
| 3.90 | **Nonpriority creditor's name and mailing address**<br>**Paul Tetu**<br>**44 Norris Street**<br>**Manchester, NH 03103**<br>**Date(s) debt was incurred** More than 180 days prior to the Petition Date.<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** 401(k) contribution<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,254.12** |
| 3.91 | **Nonpriority creditor's name and mailing address**<br>**PCCW-HKT Ltd**<br>**PO Box 9896**<br>**GPO, HONG KONG**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$25,641.00** |
| 3.92 | **Nonpriority creditor's name and mailing address**<br>**Philips Lighting Holding BV**<br>**High Tech Campus 5**<br>**Eindhoven 5656 AE, THE NETHERLANDS**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,502.75** |
| 3.93 | **Nonpriority creditor's name and mailing address**<br>**Planetario De Pamplona**<br>**Calle Sancho Ramierz, 2**<br>**31008 Pamplona, SPAIN**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$5,625.00** |
| 3.94 | **Nonpriority creditor's name and mailing address**<br>**PSI Industries Inc.**<br>**1860 Hurd Drive**<br>**Irving, TX 75038**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$700.00** |


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Sky-Skan Incorporated** Case number (if known) **17-11540**
Name

| No. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount |
|---|---|---|---|
| 3.95 | **Rebecca Oney**<br>**5B Mt. Washington St.**<br>**Derry, NH 03038**<br>Date(s) debt was incurred **More than 180 days prior to the Petition Date**<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **401(k) contribution**<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,404.00** |
| 3.96 | **Remedy Arts LLC/Bella Gaia**<br>**229 West 11th Street**<br>**New York, NY 10026**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$8,150.00** |
| 3.97 | **Roanoke Trade Services, Inc**<br>**1475 E. Woodfield Road, Suite 500**<br>**Schaumburg, IL 60173**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$7,510.92** |
| 3.98 | **Robert Calusdian**<br>**8 Cheshire Court**<br>**Londonderry, NH 03053**<br>Date(s) debt was incurred **More than 180 days prior the Petition Date**<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **401(k) contribution**<br>Is the claim subject to offset? ■ No ☐ Yes | **$13,388.34** |
| 3.99 | **Scott Wyman**<br>**15 Purington Lane**<br>**Hampton, NH 03842**<br>Date(s) debt was incurred **More than 180 days prior to the Petition Date**<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **401(k) contribution**<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,016.00** |
| 3.100 | **Sheehan Phinney Bass & Green**<br>**1000 Elm Street**<br>**Manchester, NH 03105**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$8,495.11** |
| 3.101 | **Sinanian Developement, Inc.**<br>**18980 Ventura Blvd., Suite 20**<br>**Tarzana, CA 91356**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Refund due**<br>Is the claim subject to offset? ■ No ☐ Yes | **$11,010.00** |


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Sky-Skan Incorporated** Case number (if known) **17-11540**
Name

| | | | |
|---|---|---|---|
| 3.102 | **Nonpriority creditor's name and mailing address**<br>**SK Films, Inc**<br>**225 Commissioners Street**<br>**Toronto, CANADA**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$13,715.63** |
| 3.103 | **Nonpriority creditor's name and mailing address**<br>**Sky Skan Europe GMBH**<br>**Ostereenstrasse 2**<br>**Seehaupt 82402 GERMANY**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$17,913.96** |
| 3.104 | **Nonpriority creditor's name and mailing address**<br>**Sky Skan Incorporated 401(k) Plan**<br>**c/o Tyler Associates**<br>**33 Burncoat St.**<br>**Lempster, NH 03605**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: Third Party Administrator for Debtor's 401(k) plan.**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.105 | **Nonpriority creditor's name and mailing address**<br>**Sky Skan Oceana**<br>**48 Pin Oak Crescent**<br>**Flemington Victoria 3031**<br>**Australia**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$28,830.00** |
| 3.106 | **Nonpriority creditor's name and mailing address**<br>**Smithsonian Enterprises**<br>**PO Box 418177**<br>**Boston, MA 02241**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,862.25** |
| 3.107 | **Nonpriority creditor's name and mailing address**<br>**SolidXperts**<br>**98 Spit Brook Road**<br>**Nashua, NH 03062**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,915.00** |
| 3.108 | **Nonpriority creditor's name and mailing address**<br>**Space Junk. LLC**<br>**4047 Pillsbury Avenue South**<br>**Minneapolis, MN 55409**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$10,400.00** |


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Sky-Skan Incorporated** Case number (if known) **17-11540**
Name

3.109 **Nonpriority creditor's name and mailing address**
**Spitz, Inc**
**700 Brandywine Drive**
**Chadds Ford, PA 19317**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$111,409.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.110 **Nonpriority creditor's name and mailing address**
**Steve and Virginia Savage**
**2 Castelton Ct.**
**Merrimack, NH 03054**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,088,592.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Money Loaned to Debtor over the years**
Is the claim subject to offset? ■ No ☐ Yes

3.111 **Nonpriority creditor's name and mailing address**
**Telus World of Science Edmonton**
**11211 142 Street**
**Edmonton, Alberta T6M 4A1**
**Canada**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,089,766.75**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Prepayment for 10K System**
**Have paid $239,297 to Astro-Tec Mfg toward dome fabrication**
Is the claim subject to offset? ■ No ☐ Yes

3.112 **Nonpriority creditor's name and mailing address**
**Ty Bloomquist**
**9 Roby St.**
**Nashua, NH 03060**
**Date(s) debt was incurred** **More than 180 day prior to the petition date**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$23,387.07**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **401(k) contribution**
Is the claim subject to offset? ■ No ☐ Yes

3.113 **Nonpriority creditor's name and mailing address**
**TY W. Bloomquist**
**9 Roby Street**
**Nashua, NH 03060**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,493.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.114 **Nonpriority creditor's name and mailing address**
**Tyler Associates**
**33 Burncoat Street**
**Worcester, MA 01605**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,249.90**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.115 **Nonpriority creditor's name and mailing address**
**United Parcel Service**
**PO Box 7247-0244**
**Philadelphia, PA 19170**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$67.66**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Sky-Skan Incorporated** Case number (if known) **17-11540**
Name

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | |
|---|---|---|---|
| 3.116 | **Verkehrshaus Der Schweiz**<br>**Lidostrasse 5 CH6006**<br>**Luzern, SWITZERLAND**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$18,000.00** |
| 3.117 | **Vernon Brown**<br>**5 Welch Road**<br>**Londonderry, NH 03053**<br>**Date(s) debt was incurred** More than 180 day prior to the petition date<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** 401(k) contribution<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,719.21** |
| 3.118 | **Waste Mgt of Londonderry**<br>**PO Box 13648**<br>**Philadelphia, PA 19101**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$509.89** |

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Niederman, Stanzel & Lindsey**<br>**55 West Webster Street**<br>**Manchester, NH 03104** | Line **3.32**<br>☐ Not listed. Explain ____ | _ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ **93,390.50** |
| **5b. Total claims from Part 2** | 5b. + | $ **4,434,330.44** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ **4,527,720.94** |


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Sky-Skan Incorporated**

United States Bankruptcy Court for the: DISTRICT OF NEW HAMPSHIRE

Case number (if known) **17-11540**

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Lease for dome - EU 166 per month.** | **Associazione Culturale Andromeda**<br>**Fier Del Lavent**<br>**Bari, Italy** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Copier lease at $447.52 per month** | **Cannon Financial Services**<br>**14904 Collections Center Dr.**<br>**Chicago, IL 60693-0419** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **One of the four commercial condomimiums rented to the debtor. $3,419 per month.**<br>**Month to Month** | **Diagnositic Medical Associates**<br>**226 Depot Rd.**<br>**Hollis, NH 03049** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Annual Rental fee of $326.20, postal machine.** | **Neopost USA, Inc.**<br>**Dept. 3689**<br>**PO Box 123689**<br>**Dallas, TX 75312-3689** |



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Sky-Skan Incorporated** Case number (*if known*) **17-11540**
First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.5. State what the contract or lease is for and the nature of the debtor's interest | **3 of the 4 commercial condominium units rented to the Debtor. $8,000 per month rent.** | **Steven Savage<br>2 Castleton Ct.<br>Merrimack, NH 03054** |
| State the term remaining | **Month to Month** | |
| List the contract number of any government contract | | |


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Sky-Skan Incorporated**

United States Bankruptcy Court for the: DISTRICT OF NEW HAMPSHIRE

Case number (if known) **17-11540**

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Steven and Ginger Savage** | | **Coastal Capital** | ■ D **2.1**<br>☐ E/F<br>☐ G |
| 2.2 | **Steven and Ginger Savage** | | **De Lage Landen Financial Services, Inc.** | ☐ D<br>■ E/F **3.27**<br>☐ G |
| 2.3 | **Steven and Ginger Savage** | | **Ohira Tech, Ltd.** | ☐ D<br>■ E/F **3.87**<br>☐ G |
| 2.4 | **Steven and Virginia Savage** | | **Bank of America** | ☐ D<br>■ E/F **3.10**<br>☐ G |
| 2.5 | **Steven and Virginia Savage** | | **Bank of America** | ☐ D<br>■ E/F **3.11**<br>☐ G |


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Sky-Skan Incorporated**

United States Bankruptcy Court for the: DISTRICT OF NEW HAMPSHIRE

Case number (if known) **17-11540**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☒ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☒ Amended *Schedule* EF
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 27, 2017**

X **/s/ Steven T. Savage**
Signature of individual signing on behalf of debtor

**Steven T. Savage**
Printed name

**President**
Position or relationship to debtor



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of New Hampshire

In re **Sky-Skan Incorporated** — Debtor(s)

Case No. **17-11540**
Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **50,431.00** |
| Prior to the filing of this statement I have received | $ | **17,721.00** |
| Balance Due | $ | **32,710.00** |

2. The source of the compensation paid to me was:

☐ Debtor ■ Other (specify): **Debtor. Between January and October, 2017, Debtor paid TLG $17,721 for restructuring and litigation work. The Debtor paid TLG $32,710 as a retainer just prior to filing.**

3. The source of compensation to be paid to me is:

☐ Debtor ■ Other (specify): **Debtor's counsel will charge his customary rate of $335 per hour. Counsel was not owed anything at the time of filing.**

4. ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

■ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached. **Counsel is not sharing compensation, but Cheryl Deshaies is co-counsel in this matter.**

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. [Other provisions as needed]
**Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**November 27, 2017**
*Date*

**/s/ Peter N. Tamposi**
**Peter N. Tamposi**
*Signature of Attorney*
**The Tamposi Law Group, P.C.**
**159 Main St.**
**Nashua, NH 03060**
**603-204-5513 Fax: 603-204-5515**
**peter@thetamposilawgroup.com**
*Name of law firm*

**Fill in this information to identify the case:**

Debtor name **Sky-Skan Incorporated**

United States Bankruptcy Court for the: DISTRICT OF NEW HAMPSHIRE

Case number (if known) **17-11540**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | | |
|---|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B*. | $ | **0.00** |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B*. | $ | **900,713.14** |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B*. | $ | **900,713.14** |

**Part 2: Summary of Liabilities**

| | | |
|---|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*. | $ | **1,479,814.00** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | | |
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F*. | $ | **93,390.50** |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*. | +$ | **4,434,330.44** |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ | **6,007,534.94** |



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

# United States Bankruptcy Court
## District of New Hampshire

In re **Sky-Skan Incorporated** Debtor(s)

Case No. **17-11540**
Chapter **11**

# VERIFICATION OF CREDITOR MAILING LIST

The above named debtor hereby certifies under penalty of perjury that the attached master mailing list of creditors, consisting of **8** pages is complete, correct and consistent with the debtor's schedules pursuant to LBRs and assumes all responsibility for errors and omissions.

Date: **November 27, 2017**

**/s/ Steven T. Savage**
Debtor Signature
**Steven T. Savage**
Print Name
Address **51 Lake Street**
**Nashua NH 03060-0000**
Tel. No.


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

# United States Bankruptcy Court
## District of New Hampshire

In re **Sky-Skan Incorporated** Debtor(s)

Case No. **17-11540**
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Steven Savage**<br>**2 Castleton Ct.**<br>**Merrimack, NH 03054** | **100%** | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **November 27, 2017**

Signature **/s/ Steven T. Savage**
**Steven T. Savage**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.


Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy