U. S. Department of Justice
Office of the United States Trustee
*Districts of Maine, Massachusetts, New Hampshire and Rhode Island*

# INSTRUCTIONS FOR PREPARATION OF DEBTOR'S CHAPTER 11 MONTHLY OPERATING REPORT FOR BUSINESS

Debtors-in-Possession and Trustees must file with the United States Trustee operating reports reflecting the activities of the debtor's business each month. These are to be submitted by the 14th of the month following the reporting period. The following additional comments are provided to assist in the preparation of the forms provided by the United States Trustee.

• DEBTOR'S QUESTIONNAIRE (page 2). You must submit this information each month even if there have been no changes from the prior periods. All items must be answered. Any which do not apply should be answered "none" or "N/A." If a new insurance policy is issued, coverage is changed, or there is any other change in insurance coverage, a copy of the new certificate of insurance must be attached.

• SCHEDULE OF RECEIPTS AND DISBURSEMENTS (page 3)
- All operating and plan disbursements must be recorded on this schedule.
- Disbursements on this schedule are used to determine the quarterly fees due the U.S. Trustee.
- You must report each open account, including savings accounts and negotiable instruments.
- The amounts on the check disbursements detail must agree with the amounts for Total
- Itemize all checks written or wire transfers on each account.
- Debtors using computerized systems may submit computer-generated registers.

• STATEMENT OF OPERATIONS (page 4). With the prior written authorization of the United States Trustee, a Debtor may be excused from submitting the income statement. Debtors using computerized systems may submit a computer-generated income statement.

• BALANCE SHEET (page 5). With the prior authorization of the United States Trustee, a Debtor may not be required to complete the balance sheet. Debtors using computerized systems may submit a computer-generated balance sheet for the current month.

**Failure to submit Monthly Operating Reports will seriously jeopardize your case, and may result in the dismissal or conversion of your case to a Chapter 7. If you have any questions regarding these reports which your attorney cannot answer, your attorney should contact the attorney or bankruptcy analyst in the United States Trustee's office who is assigned to your case.**

**UNITED STATES BANKRUPTCY COURT**

United States **DISTRICT OF** New Hampshire

In re Sky-Skan

Case No. 17-11540

Reporting Period 08/01/2020 - 08/31/2020

**MONTHLY OPERATING REPORT**

**Complete and submit within 14 days after end of month**

| **REQUIRED DOCUMENTS** | **Form No.** | **Document Attached** |
|---|---|---|
| Debtor's Questionnaire | Page 2 | Yes ✔ No |
| Schedule of Cash Receipts and Disbursements | Page 3 | Yes ✔ No |
| Copies of Debtor's Bank Reconciliations | | Yes ✔ No |
| Copies of Debtor's Bank Statements | | Yes ✔ No |
| Copies of Cash Disbursements Journals | | Yes ✔ No |
| Statement of Operations | Page 4 | Yes ✔ No |
| Balance Sheet | Page 5 | Yes ✔ No |
| Schedule of Post-Petition Liabilities | Page 6 | Yes ✔ No |
| Copies of IRS Form 6123 or payment receipt | | Yes No ✔ |
| Copies of tax returns filed during reporting period | | Yes No ✔ |
| Detailed listing of aged accounts payables | | Yes ✔ No |
| Accounts Receivable Reconciliation and Aging | Page 7 | Yes ✔ No |
| Supporting Schedule and Disclosures | Page 8 | Yes ✔ No |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and all attachments are true and correct to the best of my knowledge and belief.

Brandi Bonds
Signature of Authorized Individual*

11/4/2020
Date

Brandi Bonds
Printed Name of Authorized Individual

CFO
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if the debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

Sky-Skan
Debtor

Case No. 17-11540
Reporting Period 08/01/2020 - 08/31/2020

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | ✔ |
| 2. Have any funds been disbursed from any account other than a debtor-in-possession account this reporting period? If yes, provide an explanation below. | | ✔ |
| 3. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? If yes, attach listing including date of payment, amount, and name of payee. | | ✔ |
| 4. Have any payments been made to professionals? If yes, attach listing including date of payment, amount, and name of payee. | ✔ | |
| 5. If the answer to question 3 and/or 4 is yes, were all such payments approved by the Court? | ✔ | |
| 6. Have any payments been made to officers, insiders, shareholders, or relatives? If yes, attach listing including date, amount, reason for payment, and name of payee. | ✔ | |
| 7. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | ✔ | |
| 8. Are any post petition payroll taxes past due? | | ✔ |
| 9. Are any post petition State or Federal income taxes past due? | | ✔ |
| 10. Are any post petition real estate taxes past due? | | ✔ |
| 11. Are any wages payments past due? | | ✔ |
| 12. Is the Debtor delinquent in paying any U.S. Trustee fees? | | ✔ |
| 13. Was there any post-petition borrowing during this reporting period? | | ✔ |
| 14. Estimated date of filing Plan of Reorganization and Disclosure Statement: | 02/14/2020 | |
| **Confirmation of Insurance** | | |
| 15. Is the estate insured for the replacement cost of assets and for general liability? | ✔ | |
| 16. Is workers' compensation insurance in effect? | ✔ | |
| 17. Have all current insurance payments been made? Attach copies of all new and renewed insurance policies. | ✔ | |
| **Notes/Explanation** | | |

Sky-Skan
Debtor

Case No. 17-11540
Reporting Period 08/01/2020 - 08/31/2020

SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statements. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.

| | BANK ACCOUNTS | | | | |
|---|---|---|---|---|---|
| | Operational | Payroll | Tax | Other | Total of All Accounts |
| CASH BEGINNING OF MONTH | $ 1,083.41 | $ 5,461.38 | | $ 88,755.52 | $ 95,300.31 |
| RECEIPTS | | | | | |
| CASH SALES | $ 1.41 | $ 0.34 | | $ 1.55 | $ 3.30 |
| ACCOUNTS RECEIVABLE, Pre-petition | | | | | $ 0.00 |
| ACCOUNTS RECEIVABLE, Post-petition | $ 125,323.96 | | | $ 26,696.02 | $ 152,019.98 |
| LOANS AND ADVANCES | | | | | $ 0.00 |
| SALE OF ASSETS | | | | | $ 0.00 |
| OTHER (ATTACH LIST) | | | | | $ 0.00 |
| TRANSFERS (FROM DIP ACCTS) | | $ 42,700.00 | | $ 40,000.00 | $ 82,700.00 |
| **TOTAL RECEIPTS** | $ 125,325.37 | $ 42,700.34 | $ 0.00 | $ 66,697.57 | $ 234,723.28 |
| DISBURSEMENTS | | | | | |
| NET PAYROLL | | $ 32,200.19 | | | $ 32,200.19 |
| PAYROLL TAXES | | $ 13,640.97 | | | $ 13,640.97 |
| SALES, USE & OTHER TAXES | | | | $ 472.30 | $ 472.30 |
| INVENTORY PURCHASES | $ 4,450.27 | | | $ 26,367.97 | $ 30,818.24 |
| SECURED/RENTAL/LEASES | | | | | $ 0.00 |
| INSURANCE | $ 7,349.52 | | | | $ 7,349.52 |
| ADMINISTRATIVE EXPENSE | $ 6,808.19 | $ 1,002.50 | | $ 1,285.21 | $ 9,095.90 |
| SELLING EXPENSE | $ 553.89 | | | | $ 553.89 |
| OTHER (ATTACH LIST) | | | | | $ 0.00 |
| OWNER DRAW * | | | | | $ 0.00 |
| TRANSFERS (TO DIP ACCTS) | $ 82,700.00 | | | | 82,700.00 |
| PROFESSIONAL FEES | | | | | $ 0.00 |
| U.S. TRUSTEE QUARTERLY FEES | | | | | $ 0.00 |
| COURT COSTS | | | | | $ 0.00 |
| **TOTAL DISBURSEMENTS** | $ 101,861.87 | $ 46,843.66 | $ 0.00 | $ 28,125.48 | 176,831.01 |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | $ 23,463.50 | -$4,143.32 | $ 0.00 | $ 38,572.09 | $ 57,892.27 |
| **CASH - END OF MONTH** | $ 24,546.91 | $ 1,318.06 | $ 0.00 | $ 127,327.61 | $ 153,192.58 |

*COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

**THE FOLLOWING SECTION MUST BE COMPLETED**

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: | |
|---|---|
| **TOTAL DISBURSEMENTS** | $ 176,831.01 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | $ 82,700.00 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | $ |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | $ 94,131.01 |

Sky-Skan
Debtor

Case No. 17-11540
Reporting Period 08/01/2020 - 08/31/2020

**STATEMENT OF OPERATIONS**
(Income Statement)

| | Month | Cumulative Filing to Date |
|---|---|---|
| **REVENUES** | | |
| Gross Revenues | | |
| Less: Returns and Allowances | | |
| **NET REVENUES** | $ 0.00 | $ 0.00 |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | | |
| Add: Purchases | | |
| Add: Cost of Labor and other costs | | |
| Less: Ending Inventory | | |
| Cost of Goods Sold | $ 0.00 | $ 0.00 |
| **GROSS PROFIT** | $ 0.00 | $ 0.00 |
| **OPERATING EXPENSES** | | |
| Advertising | | |
| Auto and Truck Expense | | |
| Bad Debts | | |
| Contributions | | |
| Employee Benefits Programs | | |
| Officer/Insider Compensation* | | |
| Insurance | | |
| Management Fees/Bonuses | | |
| Office Expense | | |
| Pension & Profit-Sharing Plans | | |
| Repairs and Maintenance | | |
| Rent and Lease Expense | | |
| Salaries/Commissions/Fees | | |
| Supplies | | |
| Taxes - Payroll | | |
| Taxes - Real Estate | | |
| Taxes - Other | | |
| Travel and Entertainment | | |
| Utilities | | |
| Other Expenses (attach schedule) | | |
| Depreciation/Depletion/Amortization | | |
| Net Profit(Loss) Before Other Income & Expenses | $ 0.00 | $ 0.00 |
| Other Income (attach schedule) | $ 0.00 | |
| Other Expense (attach schedule) | | |
| **NET PROFIT (LOSS)** Before Reorganization Items | $ 0.00 | $ 0.00 |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | | |
| U.S. Trustee Quarterly Fees | | |
| Interest Earned on Accumulated Cash from Chapter 11 | | |
| Gain(Loss) from Sale of Equipment | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Expenses | $ 0.00 | $ 0.00 |
| Income Taxes | | |
| **NET PROFIT(LOSS)** | $ 0.00 | $ 0.00 |

* "Insider" is defined in 11 U.S.C. Section 101(31).

Sky-Skan
Debtor

Case No. 17-11540
Reporting Period 08/01/2020 - 08/31/2020

**BALANCE SHEET**

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **CURRENT ASSETS** | | |
| Unrestricted Cash and Equivalents | | |
| Restricted Cash and Cash Equivalents | | |
| Accounts Receivable (Net) | | |
| Notes Receivable | | |
| Inventories | | |
| Prepaid Expenses and Professional Retainers | | |
| Other Current Assets (attach schedule) | | |
| **TOTAL CURRENT ASSETS** | $ 0.00 | $ 0.00 |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements | | |
| Machinery and Equipment | | |
| Furniture, Fixtures and Office Equipment | | |
| Leasehold Improvements | | |
| Vehicles | | |
| Less Accumulated Depreciation | | |
| **TOTAL PROPERTY & EQUIPMENT** | $ 0.00 | $ 0.00 |
| **OTHER ASSETS** | | |
| Loans to Insiders | | |
| Other Assets (attach schedule) | | |
| **TOTAL OTHER ASSETS** | $ 0.00 | $ 0.00 |
| **TOTAL ASSETS** | $ 0.00 | $ 0.00 |
| ***LIABILITIES (Post-Petition)*** | | |
| Accounts Payable | | |
| Taxes Payable | | |
| Wages Payable | | |
| Notes Payable | | |
| Rent / Leases - Building/Equipment | | |
| Secured Debt / Adequate Protection Payments | | |
| Professional Fees | | |
| Amounts Due to Insiders | | |
| Other Postpetition Liabilities (attach schedule) | | |
| **TOTAL POST-PETITION LIABILITIES** | $ 0.00 | $ 0.00 |
| ***LIABILITIES (Pre-Petition)*** | | |
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | | |
| **TOTAL PRE-PETITION LIABILITIES** | $ 0.00 | $ 0.00 |
| **TOTAL LIABILITIES** | $ 0.00 | $ 0.00 |
| **OWNER EQUITY** | | |
| Capital Stock and Additional Paid-in Captial | | |
| Owner's (or Partners) Capital ccount | | |
| Retained Earnings - Pre-Petition | | |
| Retained Earnings - Postpetition | | |
| Adjustments to Owner Equity (attach schedule) | | |
| **NET EQUITY** | $ 0.00 | $ 0.00 |

Sky-Skan
Debtor

Case No. 17-11540
Reporting Period 08/01/2020 - 08/31/2020

## STATUS OF POST-PETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Ending Tax Liability |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| Employee income tax withheld | $ 1,117.95 | $ 3,913.22 | $ 5,031.17 | | $ 0.00 |
| Employee FICA taxes | $ 1,195.57 | $ 3,020.28 | $ 4,215.85 | | $ 0.00 |
| FICA-Employer | $ 1,195.57 | $ 3,020.28 | $ 4,215.85 | | $ 0.00 |
| Unemployment taxes | -$ 6.27 | | | | -$ 6.27 |
| Income tax | | | | | $ 0.00 |
| Other:__________________ | | | | | $ 0.00 |
| Total Federal Taxes | $ 3,502.82 | $ 9,953.78 | $ 13,462.87 | | -$ 6.27 |
| **State and Local** | | | | | |
| Income Tax Withholding | $ 319.15 | $ 188.37 | $ 178.10 | | $ 329.42 |
| Sales and Use | $ 0.00 | | | | $ 0.00 |
| Excise | | | | | $ 0.00 |
| Unemployment | $ 1,343.69 | $ 26.09 | | | $ 1,369.78 |
| Real Property | | | | | $ 0.00 |
| Personal Property | | | | | $ 0.00 |
| Other:__________________ | | $ 0.00 | $ 0.00 | | $ 4,090.46 |
| Total State and Local | $ 1,662.84 | $ 214.46 | $ 178.10 | | $ 1,699.20 |
| **Total Taxes** | $ 5,165.66 | $ 10,168.24 | $ 13,640.97 | | $ 1,692.93 |

## SUMMARY OF UNPAID POST-PETITION DEBTS

| | Number of Days Past Due | | | | |
|---|---|---|---|---|---|
| | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | $ 32,592.94 | $ 4,090.46 | $ 20,543.28 | $ 327,867.30 | $ 385,093.98 |
| Wages Payable | | | | | $ 0.00 |
| Rent/Leases-Building | $ 3,500.00 | | $ 3,500.00 | $ 7,000.00 | $ 14,000.00 |
| Rent/Leases-Equipment | | | | | $ 0.00 |
| Secured Debt/Adequate Protection Payments | | | | | $ 0.00 |
| Professional Fees | $ 3,082.00 | $ 4,789.15 | $ 129,731.65 | $ 192,042.87 | $ 329,645.67 |
| Amounts Due to Insiders | | | | | $ 0.00 |
| Withholding for Employee Healthcare | | | | | $ 0.00 |
| Premiums, Pensions & Other Benefits | | | | | $ 0.00 |
| Other: | | | | | $ 0.00 |
| **Total Postpetition Debts** | $ 39,174.94 | $ 8,879.61 | $ 153,774.93 | $ 526,910.17 | $ 728,739.65 |

**Explain how and when the Debtor intends to pay any past-due post-petition debts.**

-
-
-
-

Sky-Skan
Debtor

Case No. 17-11540
Reporting Period 08/01/2020 - 08/31/2020

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| **ACCOUNTS RECEIVABLE RECONCILIATION (Pre- & Post- Petition)** | **Petition Date Scheduled Amount** | **Current Month** |
|---|---|---|
| Accounts Receivable Beginning Balance | | $ 375,440.44 |
| Plus: Billings During the Month | | $ 95,194.32 |
| Less: Collections During the Month | | $ 109,744.59 |
| Adjustments or WriteOffs* | | |
| Accounts Receivable Ending Balance** | | $ 360,890.17 |

| **ACCOUNTS RECEIVABLE AGING** | **Current Month** |
|---|---|
| 0 - 30 Days | $ 105,492.57 |
| 31 - 60 Days | $ 27,204.06 |
| 61 - 90 Days | $ 2,027.03 |
| Over 90 Days | $ 226,169.51 |
| **Total Accounts Receivable**** | $ 360,893.17 |
| Amount considered uncollectible (Bad Debt) | $ 142,244.26 |
| Accounts Receivable (Net) | $ 218,648.91 |

*** Attach explanation of any adjustment or writeoff.**

**** The "current month" of these two lines must equal.**

Sky-Skan
Debtor

Case No. 17-11540
Reporting Period 08/01/2020 - 08/31/2020

## Supporting Schedules and Disclosures

| POST-PETITION STATUS OF SECURED NOTES, LEASES, AND ADEQUATE PROTECTION PAYMENTS | | | | |
|---|---|---|---|---|
| **Name of Creditor** | **Scheduled Monthly Payment Due** | **Amount Paid During Month** | **Total Unpaid Post-Petition** | **Total Number of Post-Petition Payments in Arrears** |
| Adequate Protection | $ 14,053.84 | $ 0.00 | $ 14,053.84 | 1 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| Confirmation of Insurance | |
|---|---|
| **TYPE of POLICY and INSURANCE CARRIER** | **Period of Coverage** |
| | to |
| | to |
| | to |
| | to |
| | to |

| Describe Pertinent Developments, Events, and Matters During this Reporting Period<br>*(including changes in senior management, change of address, disputes with creditors, etc.)* |
|---|
| We continue to have staff furloughed. |

# Sky-Skan, Inc.

## PROFIT AND LOSS

August 2020

| | TOTAL |
|---|---|
| Income | **$156,835.69** |
| Cost of Goods Sold | **$7,694.76** |
| GROSS PROFIT | **$149,140.93** |
| Expenses | |
| 60.01 NET PAYROLL | 32,200.19 |
| 60.02 PAYROLL TAXES | 13,640.97 |
| 60.04 INVENTORY PURCHASES | 13,827.34 |
| 60.06 INSURANCE | 7,349.52 |
| 60.07 ADMINISTRATIVE EXPENSE | 15,496.24 |
| 60.08 SELLING EXPENSE | 553.89 |
| Unapplied Cash Bill Payment Expense | 0.00 |
| **Total Expenses** | **$83,068.15** |
| NET OPERATING INCOME | **$66,072.78** |
| NET INCOME | **$66,072.78** |

# Sky-Skan, Inc.

## BALANCE SHEET

As of August 31, 2020

| | AUG 2020 |
|---|---|
| ASSETS | |
| Current Assets | |
| Bank Accounts | |
| 10.01 CASH - DIP ACCOUNTS | |
| 10.011 TD BANK OPERATING DIP | 24,546.91 |
| 10.012 TD BANK PAYROLL DIP | 1,318.06 |
| 10.13 TD BANK RESERVE ACCOUNT | 55,604.60 |
| **Total 10.01 CASH - DIP ACCOUNTS** | **81,469.57** |
| 10.02 CASH -UNRESTRICTED | **530.28** |
| 10.03 CASH - RESTRICTED | -76,922.54 |
| 1056 ESCROW ACCT (TAMPOSI) | 71,723.01 |
| 1057 LENDERS TRUST COLLATERAL (COAS | 76,922.54 |
| 1058 1058 - Restricted Cash | 435,669.04 |
| **Total 10.03 CASH - RESTRICTED** | **507,392.05** |
| **Total Bank Accounts** | **$589,391.90** |
| Accounts Receivable | |
| 11000 *Accounts Receivable | 0.00 |
| **Total Accounts Receivable** | **$0.00** |
| Other Current Assets | |
| 11.01 POST PETITION A/R | 219,901.32 |
| 11.02 PRE-PETITION A/R, NET OF ALLOW | **0.00** |
| 11.03 PRE PETITION A/R-OTHER | **0.00** |
| 12.00 INVENTORY-REORG VALUE | **189,417.64** |
| 12000 Undeposited Funds | 0.00 |
| 13.00 PREPAID EXPENSE | **239,297.00** |
| Inventory Asset-1 | 60,947.77 |
| **Total Other Current Assets** | **$709,563.73** |
| **Total Current Assets** | **$1,298,955.63** |
| Other Assets | |
| 14.00 EQUIPMENT & IMPROVEMENTS | |
| 14.01 EQUIPMENT* | **60,000.00** |
| 14.02 LEASEHOLD IMPROVEMENTS* | **0.00** |
| 14.03 ACCUMULATED DEPRECIATION | **0.00** |
| **Total 14.00 EQUIPMENT & IMPROVEMENTS** | **60,000.00** |
| 15.0000 SOFTWARE, NET OF ACCUM DEPN | **5,092.95** |
| 16.0000 DEPOSITS* | **-1,059.40** |
| 17.0000 CSV OFFICERS LIFE INS | **0.00** |
| **Total Other Assets** | **$64,033.55** |
| **TOTAL ASSETS** | **$1,362,989.18** |

# Sky-Skan, Inc.

## BALANCE SHEET

As of August 31, 2020

| | AUG 2020 |
|---|---|
| LIABILITIES AND EQUITY | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | **$0.00** |
| Other Current Liabilities | |
| 1191 CONTRACTS IN PROGRESS | 0.00 |
| 28.00 POST PETITION LIABILITIES | **435,355.63** |
| 29.0000 PRE PETITION CURR LIABILITIES | |
| 29.SECR Secured Claims | **1,479,814.00** |
| 29.UNSC UNSECURED CLAIMS | |
| 29.01 ACCTS PAYABLE INCL SALES TAX | **1,011,436.73** |
| 29.02 NOTES PAYABLE-CURR | **0.00** |
| 29.04 ACCRUED PAYROLL & RELATED | **133,027.27** |
| 29.05 ACCRUED EXPENSES | **2,241,494.44** |
| 29.06 ACCRUED CORPORATE TAXES | **52,000.00** |
| **Total 29.UNSC UNSECURED CLAIMS** | **3,437,958.44** |
| **Total 29.0000 PRE PETITION CURR LIABILITIES** | **4,917,772.44** |
| Arkansas Dept of Taxation Payable | 55.00 |
| California DTFA Payable | 11,380.60 |
| State of Hawaii - Dept of Taxation Payable | 0.01 |
| **Total Other Current Liabilities** | **$5,364,563.68** |
| **Total Current Liabilities** | **$5,364,563.68** |
| Long-Term Liabilities | |
| 29.07 LT NOTES PAYABLE - NET OF CURR | **0.00** |
| 29.08 NOTES PAYABLE -STOCKHOLDR | **1,088,592.00** |
| **Total Long-Term Liabilities** | **$1,088,592.00** |
| **Total Liabilities** | **$6,453,155.68** |
| Equity | **$ -5,090,166.50** |
| **TOTAL LIABILITIES AND EQUITY** | **$1,362,989.18** |

# Sky-Skan, Inc.

TRANSACTION REPORT

August 2020

Part of OTHER cash

| DATE | TRANSACTION TYPE | NUM | ADJ | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| CASH - RESTRICTED | | | | | | | | | |
| ESCROW ACCT (TAMPOSI) | | | | | | | | | |
| Beginning Balance | | | | | | | | | 81,472.91 |
| 08/26/2020 | Check | CK-2020-08-26-1 | No | ADEK TECHNICAL SALES INC | | 1056 CASH - RESTRICTED:ESCROW ACCT (TAMPOSI) | 20000 *Accounts Payable | -7,394.90 | 74,078.01 |
| 08/26/2020 | Check | CK-2020-08-26-2 | No | PNY TECHNOLOGIES, INC. | | 1056 CASH - RESTRICTED:ESCROW ACCT (TAMPOSI) | 20000 *Accounts Payable | -2,355.00 | 71,723.01 |
| **Total for ESCROW ACCT (TAMPOSI)** | | | | | | | | **$ -9,749.90** | |
| **Total for CASH - RESTRICTED** | | | | | | | | **$ -9,749.90** | |
| **TOTAL** | | | | | | | | **$ -9,749.90** | |

# Sky-Skan, Inc.

Part of Other Cash

## TRANSACTION REPORT

August 2020

| DATE | TRANSACTION TYPE | NUM | ADJ | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| CASH - DIP ACCOUNTS | | | | | | | | | |
| TD BANK RESERVE ACCOUNT | | | | | | | | | |
| Beginning Balance | | | | | | | | | 7,282.31 |
| 08/05/2020 | Deposit | | No | MONOPRICE, INC. | | 10.13 CASH - DIP ACCOUNTS:TD BANK RESERVE ACCOUNT | 20000 *Accounts Payable | 93.52 | 7,375.83 |
| 08/05/2020 | Check | DEBIT-4232-2020-08-05 | No | AMAZON | | 10.13 CASH - DIP ACCOUNTS:TD BANK RESERVE ACCOUNT | 20000 *Accounts Payable | -261.56 | 7,114.27 |
| 08/11/2020 | Transfer | | No | | Danville SC Deposit for J2020-00014 | 10.13 CASH - DIP ACCOUNTS:TD BANK RESERVE ACCOUNT | 10.011 CASH - DIP ACCOUNTS:TD BANK OPERATING DIP | 40,000.00 | 47,114.27 |
| 08/13/2020 | Sales Tax Payment | | No | | 2020-Q3 Prepayment 1 | 10.13 CASH - DIP ACCOUNTS:TD BANK RESERVE ACCOUNT | -Split- | -472.50 | 46,641.77 |
| 08/13/2020 | Check | DEBIT-4232-2020-08-13 | No | HARMAN PROFESSIONAL INC | | 10.13 CASH - DIP ACCOUNTS:TD BANK RESERVE ACCOUNT | 20000 *Accounts Payable | -550.00 | 46,091.77 |
| 08/19/2020 | Check | DEBIT-2020-08-19-5 | No | AMAZON | | 10.13 CASH - DIP ACCOUNTS:TD BANK RESERVE ACCOUNT | 20000 *Accounts Payable | -311.00 | 45,780.77 |
| 08/19/2020 | Expense | EVA2494865 | No | Commonwealth of Virginia / eVA | DGS-eVA Transaction Fees - Danville POs | 10.13 CASH - DIP ACCOUNTS:TD BANK RESERVE ACCOUNT | 5060 ADMINISTRATIVE EXPENSE:LICENSES AND FEES | -1,255.21 | 44,525.56 |
| 08/19/2020 | Check | DEBIT-4232-2020-08-19 | No | HARMAN PROFESSIONAL INC | | 10.13 CASH - DIP ACCOUNTS:TD BANK RESERVE ACCOUNT | 20000 *Accounts Payable | -5.51 | 44,520.05 |
| 08/19/2020 | Check | DEBIT-2020-08-19-2 | No | PROVANTAGE | | 10.13 CASH - DIP ACCOUNTS:TD BANK RESERVE ACCOUNT | 20000 *Accounts Payable | -819.05 | 43,701.00 |
| 08/19/2020 | Check | DEBIT-2020-08-19-3 | No | B&H PHOTO & ELECTRONICS CORP | | 10.13 CASH - DIP ACCOUNTS:TD BANK RESERVE ACCOUNT | 20000 *Accounts Payable | -76.00 | 43,625.00 |
| 08/19/2020 | Check | DEBIT-2020-08-19-4 | No | BLACKMAGIC DESIGN INC | | 10.13 CASH - DIP ACCOUNTS:TD BANK RESERVE ACCOUNT | 20000 *Accounts Payable | -476.00 | 43,149.00 |
| 08/19/2020 | Check | DEBIT-2020-08-19-6 | No | AMAZON | | 10.13 CASH - DIP ACCOUNTS:TD BANK RESERVE ACCOUNT | 20000 *Accounts Payable | -234.06 | 42,914.94 |
| 08/24/2020 | Payment | 228 | No | PA404 HEMPFIELD AREA SCHOOL DISTRICT:J2020-00013 Greensburg, PA System Upgrades | | 10.13 CASH - DIP ACCOUNTS:TD BANK RESERVE ACCOUNT | 11000 *Accounts Receivable | 26,602.50 | 69,517.44 |
| 08/24/2020 | Bill Payment (Check) | AOHF9WKX | No | DTROVISION LLC | | 10.13 CASH - DIP ACCOUNTS:TD BANK RESERVE ACCOUNT | 20000 *Accounts Payable | -541.83 | 68,975.61 |
| 08/26/2020 | Check | DEBIT 2020-08-27-3 | No | AMAZON | | 10.13 CASH - DIP ACCOUNTS:TD BANK RESERVE ACCOUNT | 20000 *Accounts Payable | -453.98 | 68,521.63 |
| 08/27/2020 | Check | DEBIT 2020-08-27-1b | No | AMAZON | | 10.13 CASH - DIP ACCOUNTS:TD BANK RESERVE ACCOUNT | 20000 *Accounts Payable | -125.16 | 68,396.47 |
| 08/27/2020 | Check | DEBIT 2020-08-28-2 | No | MONOPRICE, INC. | | 10.13 CASH - DIP ACCOUNTS:TD BANK RESERVE ACCOUNT | 20000 *Accounts Payable | -796.95 | 67,599.52 |
| 08/27/2020 | Check | DEBIT 2020-08-27-1 | No | AMAZON | | 10.13 CASH - DIP ACCOUNTS:TD BANK RESERVE ACCOUNT | 20000 *Accounts Payable | -189.99 | 67,409.53 |
| 08/27/2020 | Check | DEBIT 2020-08-27-2 | No | AMAZON | | 10.13 CASH - DIP ACCOUNTS:TD BANK RESERVE ACCOUNT | 20000 *Accounts Payable | -522.00 | 66,887.53 |
| 08/28/2020 | Bill Payment (Check) | DEBIT-2020-08-28-1 | No | AMAZON | | 10.13 CASH - DIP ACCOUNTS:TD BANK RESERVE ACCOUNT | 20000 *Accounts Payable | -13.61 | 66,873.92 |
| 08/28/2020 | Check | DEBIT 2020-08-28-1 | No | ADORAMA | | 10.13 CASH - DIP ACCOUNTS:TD BANK RESERVE ACCOUNT | 20000 *Accounts Payable | -453.98 | 66,419.94 |
| 08/28/2020 | Check | DEBIT-2020-08-28 | No | AMAZON | | 10.13 CASH - DIP ACCOUNTS:TD BANK RESERVE ACCOUNT | 20000 *Accounts Payable | -96.89 | 66,323.05 |
| 08/28/2020 | Check | WIRE-2020-08-27 | No | PNY TECHNOLOGIES, INC. | | 10.13 CASH - DIP ACCOUNTS:TD BANK RESERVE ACCOUNT | 20000 *Accounts Payable | -10,690.00 | 55,633.05 |
| 08/28/2020 | Expense | WIRE FEE-2020-08-27 | No | | | 10.13 CASH - DIP ACCOUNTS:TD BANK RESERVE ACCOUNT | 6120 ADMINISTRATIVE EXPENSE:BANK SERVICE CHARGES | -30.00 | 55,603.05 |
| 08/31/2020 | Deposit | INTEREST | No | | Interest Earned | 10.13 CASH - DIP ACCOUNTS:TD BANK RESERVE ACCOUNT | 40.06 RECEIPTS:OTHER | 1.55 | 55,604.60 |
| **Total for TD BANK RESERVE ACCOUNT** | | | | | | | | **$48,322.29** | |
| **Total for CASH - DIP ACCOUNTS** | | | | | | | | **$48,322.29** | |
| **TOTAL** | | | | | | | | **$48,322.29** | |