**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SKY-SKAN INCORPORATED, | ) | Chapter 7 |
| | ) | Case No. 17-11540-BAH |
| Debtor. | ) | |

**CHAPTER 7 TRUSTEE'S MOTION FOR ORDER APPROVING SALE OF DEBTOR'S PARTIAL COPYRIGHT INTEREST IN "ASTEROID: MISSION EXTREME" FREE AND CLEAR OF ALL LIENS, CLAIMS, AND INTERESTS**

NOW COMES Jeffrey T. Piampiano, Esq., Chapter 7 Trustee (the "Trustee") of the estate (the "Estate") of Debtor, Sky-Skan Incorporated ("Debtor"), by and through his counsel undersigned, and, pursuant to §§ 105 and 363(b) and (f) of the United States Bankruptcy Code (the "Code"), Federal Rules of Bankruptcy Procedure 2002, 6004, 9013, and 9014, and LBR 2002-1, 6004-1, 7101, and 7102, hereby seeks the Court's authority to sell property of the Estate free and clear of all liens, claims, and interests by way of a private sale.

## I. Jurisdiction and Venue

1. The Court has jurisdiction over this Motion pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (K), (N), and (O) and the Court possesses the constitutional authority to issue final orders and judgments in this contested matter. Venue is proper before this Court pursuant to 28 U.S.C. § 1409(a).

## II. Background

2. On November 1, 2017 (the "Filing Date"), Debtor filed a voluntary petition under Chapter 11 of the Code in the United States Bankruptcy Court for the District of New Hampshire (the "Case").

3. On December 2, 2020 (the "Conversion Date"), this Court entered an Order converting the Case to a case under Chapter 7 of the Code.

4. On December 4, 2020, the Trustee was appointed the Chapter 7 trustee in the Case pursuant to § 701 of the Code.

5. Property of the Estate includes certain intellectual property used in the Debtor's former business, which includes a partial copyright interest in the full-dome planetarium show "Asteroid: Mission Extreme" ("AME"). Upon information and belief, the copyright in AME is shared with National Geographic Society or its successor. A copy of the registered copyright for AME is attached hereto as **Exhibit A**.

6. Pursuant to this Motion, the Trustee requests the entry of an order authorizing him, on behalf of Debtor's Estate, to sell the Estate's partial interest in AME by way of a private sale, subject to higher and better offers, free and clear of all liens, claims, and interests. The Trustee has also filed, attached hereto as **Exhibit B**, the Notice of Intended Sale, which notice will be provided to the parties as outlined below. For the sake of clarity, the Trustee is only selling the Estate's partial interest in AME.

## III. Terms of the Proposed Sale

7. The Trustee proposes to sell the Estate's interests in AME by way of a private sale on October 20, 2021, to Annette Sotheran-Barnett, or a party who submits a higher and better offer (collectively, the "Buyer") for $6,000.00 (the "Sale") pursuant to the terms of a certain Acquisition Agreement between the Trustee and Buyer (the "Acquisition Agreement"). A true and correct Acquisition Agreement is attached hereto as **Exhibit C**.

8. Buyer shall pay to the Trustee a deposit in the amount of $3,000.00 (the "Deposit") upon the execution of the Acquisition Agreement, which Deposit shall be held in escrow by counsel for the Trustee in a client trust account pending approval and consummation of the Sale, as further described in the Acquisition Agreement.

9. The Trustee will entertain higher and better offers ("Additional Offers"), as determined in the Trustee's sole discretion, which shall be submitted directly to the Trustee, with all such Additional Offers being received, no later than seven (7) days prior to the date of the hearing on this Sale Motion, by Jeffrey T. Piampiano, Esq., Chapter 7 Trustee, 84 Marginal Way, Suite 600, Portland, Maine 04101-2480 (jpiampiano@dwmlaw.com) (Fax: 207-772-3627), with a copy to his counsel, Shawn K. Doil, Esq., Eaton Peabody, 100 Middle Street, PO Box 15235, Portland, Maine 04112-5235 sdoil@eatonpeabody.com) (Phone: 207-274-5266; Fax: 207-274-5286).

## IV. Claims Asserted Against AME

10. Based upon a review of the records of the New Hampshire Secretary of State (the "NH SOS"), the New York Secretary of State (the "NY SOS"), Debtor's Schedules, a listing of the liens, claims, and/or interests of record against AME (collectively, the "Claimed Interests") are as follows:

(a) The IRS filed the following Notices of Lien with the NH SOS perfecting its tax liens against all of Debtor's personal property: (1) filed on February 23, 2016, in the amount of $367,734.26; (2) filed on April 4, 2016, in the amount of $154,010.91; (3) filed on September 27, 2016, in the amount of $158,069.61; and (4) filed on December 7, 2016, in the amount of $2,023.16; for a total of $681,837.94 (collectively, the "IRS Liens");

(b) The New Hampshire Department of Revenue ("NH Department of Revenue") filed a Notice of Other Lien Filing with the NH SOS on August 10, 2017, in the amount of $23,203.36; and

(c) Bank of America ("BOA") filed a UCC Financing Statement with the NY SOS on August 5, 2011, listing a lien on certain assets of Debtor (the "BOA Filing") and, on May 15, 2017, a UCC-3 Amendment was filed listing Coastal Capital, LLC ("Coastal") as the assignee of BOA's rights under the BOA Filing.

11. Each of those Claimed Interests, other than the NH Department of Revenue (together, the "Disputed Interests"), for purposes of 11 U.S.C. § 363(f), is in "bona fide dispute," such that the Trustee can sell AME free and clear of such Disputed Interests, with the proceeds of sale attaching to such Disputed Interests with the same validity, priority, and subject to the same avoidance, subordination, and other rights of the Trustee as existed prior to such sale.

12. The premises for each of those bona fide disputes are as follows.

i. Dispute as to IRS:

13. The Trustee has determined that the IRS has a valid first priority tax lien on AME, but the IRS's lien is subject to avoidance, subordination, and surcharge under applicable law for the benefit of the Estate, thereby rendering both its lien and its right to any of the proceeds from the sale of AME in dispute.[1]

14. The IRS has filed a proof of claim (Claim No. 2) (the "IRS Claim"), which claim it has amended three times. The most recent version of the IRS Claim asserts a secured claim in the amount of $525,660.95. The Trustee has objected to the IRS Claim, *see* Adv. Proc. No. 21-01003 (the "2021 Adversary"), Dkt. No. 8, and asserts that the operative version of the IRS Claim is the IRS's first amended proof of claim, filed on January 3, 2018 (the "First Amended IRS Claim"). Regardless of the outcome of that dispute, the Trustee agrees, for purposes of this Motion, that the total amount of the IRS claims far exceeds the proposed Sale price and the value of AME.

15. Given that, and based upon a review of Debtor's Schedules, a NH SOS encumbrance search, a NY SOS encumbrance search, and the Claims Register in this Case, the Trustee believes that, absent an ability to avoid the IRS's lien on AME (or an agreement with the

[1] The Trustee asserts that subject to 11 U.S.C. § 724(a) and (b), the Trustee may avoid, for the benefit of the Estate, the IRS's lien on AME and the proceeds from the sale of AME, and reserves all rights to do so.

IRS otherwise), AME may have little to no equity or value to the Estate. The Trustee also believes there is value to bringing additional funds into the Estate that will be subject to the Trustee's subordination, avoidance, recovery, and preservation rights under Sections 550, 551, and 724(a) and (b) of the Code for the benefit of the Estate, given the issues raised in the 2021 Adversary. Given the pendency of those claims, the rights of the IRS to the Sale proceeds relative to the rights of the Trustee on behalf of Debtor's Estate are in bona fide dispute for purposes of 11 U.S.C. § 363(f).

16. Accordingly, as to the IRS, the Trustee proposes to sell AME free and clear of any liens, claims, or interests (as detailed and limited herein) with all such liens, claims, or interests attaching to the sale proceeds in the same priority, validity, and extent as existed prior to the Sale and with all parties reserving their rights to assert an interest in the funds, include the Trustee's rights pursuant to 11 U.S.C. §§ 506 and 724.

ii. Dispute as to Coastal

17. Based on the Trustee's analysis of the respective priority rights between the parties and upon a review of the underlying loan documents, where applicable, the IRS and the NH Department of Revenue are the only two parties with a properly perfected security interest in AME, and the IRS's liens are in first place with respect to AME.

18. Specifically, and as outlined in the Trustee's Cross-claim filed in the 2021 Adversary, *see* Adv. Proc. No. 21-01003, Dkt. No. 8, Coastal's Loan Agreement with Debtor asserts a security interest in equipment, inventory, and receivables only. Accordingly, Coastal's purported blanket lien is not supported by its loan documents and Coastal does not have a security interest in AME, which is intellectual property. To the extent that Coastal asserts a lien

on AME, that lien is in bona fide dispute as to AME for the reasons set forth in the 2021 Adversary.

## V. Request for Authority to Sell AME

19. Pursuant to § 363(b)(1) of the Code, the Trustee may sell the assets of a debtor's estate outside of the ordinary course of business. *See* 11 U.S.C. § 363(b)(1) ("The trustee, after notice and a hearing, may use, sell, or lease, other than in the ordinary course of business, property of the estate.").

20. "In order to win approval for a sale, a trustee is not required to show that the sale will produce enough money to pay all or most of the claims. Very few sales in Chapter 7 cases generate enough money to pay all, or even a majority, of the debts. In fact, Congress anticipated that estate money will run out in some cases before all creditors are paid, which is why the Code states the order of priority in which different categories of creditors are to be paid. 11 U.S.C. § 726." *In re Buchanan*, 270 B.R. 689, 694 (Bankr. N.D. Ohio 2001).

> In determining whether to approve a proposed sale under section 363, courts generally apply standards that, although stated various ways, represent essentially a business judgment test. . . . [T]he more recent cases tend to focus on whether a sale is supported by a sound business reason and is based on a sound exercise of business judgment. The "business judgment" test here differs from the general corporate law business judgment rule, which protects corporate directors from liability where they exercised due care and were not self-interested in the transaction. Here, by contrast, the bankruptcy court reviews the trustee's (or debtor in possession's) business judgment to determine independently whether the judgment is a reasonable one. The court should not substitute its judgment for the trustee's but should determine only whether the trustee's judgment was reasonable and whether a sound business justification exists supporting the sale and its terms.

3 Collier on Bankruptcy, ¶ 363.02[4] (16th ed. 2019) (footnotes omitted). As set forth below, the Trustee asserts that the proposed sale of AME satisfies these elements.

### A. The Trustee has Exercised Sound Business Judgment with Regard to the Proposed Sale of AME and the Sale is in the Best Interests of the Estate

21. Here, the Trustee has determined that a sale by way of a private sale of AME pursuant to the terms outlined herein is the Trustee's best opportunity to maximize the value of AME for the benefit of all creditors.

22. The Trustee believes and asserts that the proposed sale is beneficial to the Estate. Further, in the absence of a sale of AME, as outlined herein, the value of AME to the Estate and its creditors could be lost.

23. Moreover, there is value to bringing these funds into the Estate given the pending disputes in the 2021 Adversary. The Trustee's position is that he can avoid the IRS Liens, either in full or up to the penalty portion of such liens, in any and all funds that are property of the Estate, including any sale proceeds from the sale of AME. The IRS has taken the position that at least some of those funds in the Trustee's possession may not be avoidable (i.e. the Adequate Protection Funds, as that term is defined in the 2021 Adversary), which the Trustee disputes. In the event the Court does not decide in the Trustee's favor as it relates to the Adequate Protection Funds, the Estate still would benefit from having additional funds, which the Trustee could avoid and recover for the benefit of the Estate, pursuant to Sections 724 and 550 of the Code. Further, in the event the Trustee is not successful in asserting his rights under 724 of the Code, the Trustee can surcharge the IRS, pursuant to Section 506(c) of the Code, for the sale cost so as to minimize the risk to the Estate of incurring any unnecessary administrative expense fees and costs.

24. For these reasons, the Trustee believes, in the exercise of his business judgment, that the sale of AME by way of a private sale subject to higher and better offers is fair and reasonable because the contemplated sale of AME likely will provide some value to the Estate from an asset that, but for a sale, may be valueless to the Estate. *See In re Frezzo*, 217 B.R. 985,

989 (Bankr. E.D. Pa. 1998) ("'A chapter 7 trustee has considerable discretion in the exercise of her statutory duties. . . . The exercise of this discretion encompasses the manner in which to liquidate estate assets. . . . so long as the trustee acts reasonably and in the best interests of the estate, and so long as she obtains fair value for the property under the circumstances of the case, her choice of method of disposition will be respected.'") (internal citations omitted); *see also In re WPRV-TV, Inc.*, 983 F.2d 336, 340–41 (1st Cir. 1993) (stating that, to ensure trustees' compliance with duties, bankruptcy courts are generally afforded wide latitude in deciding whether to grant or deny approval of estate asset sales); *In re Murphy*, 288 B.R. 1, 5 (D. Me. 2002) ("Under the Bankruptcy Code, '[s]o long as a trustee conducts the affairs of the estate by exercising his business judgment in good faith, upon a reasonable basis, and within the scope of his authority under the Code, he may proceed without interference.'") (internal citation omitted). Further, the Trustee will market AME to already identified parties in an attempt to solicit Additional Offers.

B. Sale Free and Clear Pursuant to 11 U.S.C. § 363(f)

25. Section 363(f) of the Code authorizes a Trustee to sell property under § 363(b) "free and clear of any interest in such property of an entity other than the estate" if one of the following conditions is satisfied:

> (1) applicable nonbankruptcy law permits sale of such property free and clear of such interest;
> (2) such entity consents;
> (3) such interest is a lien and the price at which such property is to be sold is greater than the aggregate value of all liens on such property;
> (4) such interest is in bona fide dispute; or
> (5) such entity could be compelled, in a legal or equitable proceeding, to accept a money satisfaction of such interest.

*See* 11 U.S.C. § 363(f)(1) –(5).

26. Here, because of the dispute over the Trustee's rights under 11 U.S.C. § 724, among others, as outlined in the 2021 Adversary, the Trustee has satisfied § 363(f)(4) of the Code.[2]

27. With regard to the NH Department of Revenue, because the amount of the senior lien of the IRS (and the Trustee's rights in the IRS's liens under 11 U.S.C. § 724) far exceeds the value of AME, the NH Department of Revenue's junior lien is out of the money and, accordingly, the Trustee has satisfied § 363(f)(1) of the Code.

28. Coastal's lien on AME is in bona fide dispute, so the Trustee can sell free and clear of Coastal's disputed interest pursuant to § 363(f)(4) of the Code.

## VI. Proposed Form and Manner of Notice

29. In accordance with Federal Rules of Bankruptcy Procedure 2002 and 6004 and LBR 2002-1, 2002-2, 6004-1, 7103, and 9014-1 the Trustee, contemporaneously with the filing of this motion, has caused:

(a) service of copies of this Motion and the Notice of Intended Sale (via regular U.S. Mail and electronic mail, unless otherwise indicated) upon:

(i) all parties having filed requests for notices in Debtor's case;
(ii) all parties asserting an interest in AME;
(iii) the United States Trustee (via email only);

(b) Service of the Notice of Intended Sale (via regular U.S. Mail and electronic mail, unless otherwise indicated) upon:

(iv) all parties previously identified by the Trustee that may have an interest in AME; and
(v) all creditors and all parties listed on the attached matrix.

---

[2] The IRS has indicated that it likely will not object once it has reviewed the terms of the Sale, as outlined in this Motion.

30. The Trustee submits that such notice constitutes good and sufficient notice of this Sale Motion, and all proceedings to be held thereon, and that no other further notice need be given. *See* LBR 6004-1(a).

## VII. Conclusion

WHEREFORE, Jeffrey T. Piampiano, Chapter 7 Trustee, requests that this Court enter an Order authorizing the Trustee to (i) sell AME on the terms outlined herein, (ii) sell AME free and clear of all liens, claims, and interests on the terms described herein, and, (iii) grant the Trustee such other and further relief as the Court deems appropriate.

Dated at Portland, Maine this 31st day August, 2021.

/s/ Shawn K. Doil
Shawn K. Doil, Esq. (BNH 21019)
Counsel for Jeffrey T. Piampiano, Esq.,
Chapter 7 Trustee of the estate of Debtor,
Sky-Skan Incorporated

Eaton Peabody
100 Middle Street, PO Box 15235
Portland, ME 04112
(207) 274-5266
sdoil@eatonpeabody.com

**CERTIFICATE OF SERVICE**

I, Shawn K. Doil, Esq., pursuant to Federal Rules of Bankruptcy Procedure 2002 and 6004, hereby certify that I caused to be served true and correct copies of the above Sale Motion, Exhibits, proposed Order, Notice of Intended Sale, and this Certificate of Service on each of the parties set forth on the "Service List – Sale Motion and Notice of Intended Sale" list below, via First Class U.S. mail, postage fully prepaid (unless another method is indicted in parentheses), on or about this date.

I, Shawn K. Doil, Esq., pursuant to Federal Rules of Bankruptcy Procedure 2002 and 6004, hereby certify that I further caused to be served true and correct copies of the Notice of Intended Sale, and this Certificate of Service on each of the parties set forth on the "Service List –Notice of Intended Sale Only" below, via First Class U.S. mail, postage fully prepaid (unless another method is indicted in parentheses), on or about this date.

All other parties listed on the Notice of Electronic Filing have been served electronically on this date.

Dated at Portland, Maine this 31st day August, 2021.

/s/ Shawn K. Doil
Shawn K. Doil, Esq. (BNH 21019)
Counsel for Jeffrey T. Piampiano, Esq.,
Chapter 7 Trustee of the estate of Debtor,
Sky-Skan Incorporated

Eaton Peabody
100 Middle Street, PO Box 15235
Portland, ME 04112
(207) 274-5266
sdoil@eatonpeabody.com

**Service List – Sale Motion and Notice of Intended Sale**

Annette Southeran-Barnett (via email only)
asotheranbarnett001@gmail.com

National Geographic Society
1145 17th Street, NW,
Washington, DC, 20036

National Geographic (via email only)
Attn: Tiffany Leclere
Tiffany.Leclere@natgeo.com

Kimberly Bacher, Esq. (via email only)
Counsel to the Office of the U.S. Trustee
kimberly.bacher@usdoj.gov

Ann Marie Dirsa, Esq. (via email only)
Counsel to the Office of the U.S. Trustee
ann.marie.dirsa@usdoj.gov

Philip L. Bednar, Esq. (via email only)
Counsel to the Internal Revenue Service
Philip.L.Bednar@usdoj.gov

Anne M. Edwards, Esq. (via email only)
Counsel to New Hampshire Department of Revenue
anne.edwards@doj.nh.gov

Peter Roth, Esq. (via email only)
Counsel to New Hampshire Department of Revenue
Peter.C.Roth@dra.nh.gov

Peter Antonelli, Esq. (via email only)
Counsel to Coastal Capital, LLC
pantonelli@curranantonelli.com

Matthew Kostoulakos, Esq. (via email only)
Counsel to Coastal Capital, LLC
mkostoulakos@curranantonelli.com

Daniel H. Oliner, Esq. (via email only)
Counsel to Costal Capital, LLC
doliner@curranantonelli.com

**Service List –Notice of Intended Sale Only**

Sky-Skan Europe GmbH (via email only)
c/o Glenn Smith
smith@skyskan.com

Claude Ganter (via US Mail and email)
c/o Mesmer & Deleault, PLLC
41 Brook Street
Manchester, NH 03104
frank@biz-patlaw.com

IMAX (via email only)
reception@imax.com

Digitalis Education (via email only)
Attn: Rob Spearman, President
rob@digitaliseducation.com

Emerald Digital Planetarium Systems (via email only)
c/o Johnathan Glasman, Esq.
jonathan@gll.co.il

Goto Inc. (via email only)
Attn: Mark Webb
mark@goto-stars.com

Seiler Planetarium Division (via email only)
Attn: Louise Schaper
lschaper@seilerinst.com

Loch Ness Productions (via email only)
Attn: Carolyn Petersen
carolyn@lochnessproductions.com

Jesse I. Redlener, Esq. (via email only)
Counsel for SSIA Technologies
jr@ascendantlawgroup.com

Henry Baer, Esq. (via email only)
Counsel for Evans & Sutherland
hbaer@fdh.com

INFITEC GmbH (via email only)
Attn: Christopher Krause
krause@infitec.net

Big and Digital (via email only)
Attn: Tina Ratterman
tratterman@biganddigital.com

Ash Enterprises (via email only)
Attn: John Hare and Eric Melenbrink
john@ash-enterprises.com
Eric@ash-enterprises.com

Cosmotec (via email only)
Attn: George Luis Melaraglez
luis.melaraglez@gmail.com

AV Imagineering (via email only)
Attn: Susan Atfield
susan@av-imagineering.com

Houston Museum of Natural Science (via email only)
Carolyn Sumners
csumners@hmns.org

Kraft Werk (via email only)
sales@kraftwerk.at

Digital Projection (via email only)
Attn: Mike Levi and Chuck Collins
mlevi@digitalprojection.com
ccollins@digitalprojection.com

Reef Distributions (via email only)
info@reef-distribution.com

RSA Cosmos (via email only)
sales@rsacosmos.com

Metaspace (via email only)
scpark@metaspace.co.kr

Planetarium Home of Discovery (via email only)
Attn: Patricia Reiff
reiff@eplanetarium.com

Cosmic Picture Distribution (via email and U.S. mail)
Attn: Antonietta Monteleone
108 Village Square, Suite 304
Somers, NY 10589
antonietta@cosmicpicture.com

National Air and Space Museum
6th St and Independence Avenue, SW
Washington, DC 20560

Imiloa Astronomy Center (via email only)
Attn: Ka'iu Kimura
lesliek@hawaii.edu

Audio Visual Imagineering, Inc.
6565 Hazeltine National Drive, Suite 2
Orlando, FL 32822

Department of Sciences
Technologies of Binh Dinh
208 Dein Hong Street
Quy Nhon City, Binh Dinh Province, Vietnam

Medaglia and Company, Inc.
26 E. Pearl St.
Nashua, NH 03060

National Film Board of Canada
1501 De Bleury
Montreal, QC H3A 0H3, Canada

The University of North Carolina at Chapel Hill
250 E. Franklin Street
CB #3480
Chapel Hill, NC 27599

Wesler & Associates, CPA PC
PO Box 19016
Kalamazoo, MI 49019

The attached Matrix

Label Matrix for local noticing
0102-1
Case 17-11540-BAH
District of New Hampshire Live Database
Concord
Tue Aug 31 09:29:25 EDT 2021

Audio Visual Imagineering, Inc.
6565 Hazeltine National Drive
Suite 2
Orlando, FL 32822-5210

Coastal Capital, LLC
c/o Merra & Kanakis, P.C.
159 Main St.
Nashua, NH 03060-2725

Deshaies Law
PO Box 648
Exeter, NH 03833-0648

Eaton Peabody
100 Middle Street
PO Box 15235
Portland, ME 04112-5235

Hage Hodes, P.A.
1855 Elm Street
Manchester, NH 03104-2998

Keenan Auction Company, Inc.
1 Runway Road
South Portland, ME 04106-6172

Lake Street Mill Condominium Association
c/o Avatar Properties
163 Main Street, Suite 201
Salem, NH 03079-3169

Medaglia and Company, Inc.
26 E. Pearl St.
Nashua, NH 03060-3459

National Film Board of Canada
1501 De Bleury
Montreal, QC H3A 0H3 Canada

New Hampshire Department of Revenue Administ
109 Pleasant Street
Concord, NH 03301-3852

Next Level Now, Inc.
16 Pease Blvd.
Newington, NH 03801-2891

Office of the U.S. Trustee
James C. Cleveland Building
53 Pleasant Street
Suite 2300
Concord, NH 03301-3937

Sky-Skan Incorporated
51 Lake Street
Nashua, NH 03060-4513

SquareTail Advisors, LLC
120 Main Street
Suite 110
Nashua, NH 03060-2707

State of NH Department of Employment Securit
45 South Fruit Street
Concord, NH 03301-4857

State of New Hampshire Department of Revenue
PO Box 457
45 Chenell Drive
Concord, NH 03301-8541

The Tamposi Law Group, PC
159 Main Street
Nashua, NH 03060-2725

The University of North Carolina at Chapel H
250 E. Franklin Street
CB #3480
Chapel Hill, NC 27599-0001

Wesler & Associates, CPA PC
PO Box 19016
Kalamazoo, MI 49019-0016

William S. Gannon PLLC
889 Elm Street, 4th Floor
Manchester, NH 03101-2019

United States Bankruptcy Court
55 Pleasant Street
Room 200
Concord, NH 03301-3954

ADEK Technical Sales, Inc
3 Infinity Drive
Raymond, NH 03077-2482

Aberdeen LLC
10420 Pioneer Blvd
Santa Fe Springs, CA 90670-3734

Adek Technical Sale, Inc.
Attn: Mr. Edward King, President
and CEO
3 Infinity Drive
Raymond, NH 03077-2482

Adler Planetarium
1300 South Lake Shore Drive
Chicago, IL 60605-2489

Adura LED Solutions, LLC
511 Princeland Court
Corona, CA 92879-1383

Advanced Lighting Ince/ALPS
125 Shawmut Road
Canton, MA 02021-1438

Adventure Science Center
800 Fort Negley Blvd
Nashville, TN 37203-4833

American Alternative Insurance
Corporation
Roanoke Group
1475 E. Woodfield RD #500
Schaumburg, IL 60173-4903

American Museum of Natural History
79th at Central Park
NY, NY 10024

American Museum of Natural History
79th at Central Park
New York, NY 10024

American Museum of Natural History
c/o S. Yasir Latifi, Esq.
200 Central Park West
New York NY 10024-5102

AnJen Finishing, Inc
432 Northboro Road Central
Marlborough, MA 01752-1823

Anthony Greasley
28 The Ridings
LE7 7LP UK

Bank of America
PO Box 15731
Wilmington, DE 19886-5731

Bank of America
PO Box 872237
El Paso, TX 79998

Bays Mountain Park Association
853 Bays Mountain Park
Kingsport, TN 37660-8900

Bays Mountain Park Association
853 Bays Mountain Park
Kingston, TN 37660

Boxx Technologies
10435 Burnet Road, Suite 120
Austin, TX 78758-4425

Boxx Technologies
10435 Burnet Road, Suite 120
Austin, Texas 78758-4425

California Academy of Sciences
55 Music Concourse Drive
San Francisco, CA 94118-4503

California Academy of Sciences
CaliforniaAcademyofSciences Legal Dept.
55 Music Concourse Drive
San Francisco, CA 94118-4503

California Department of Tax
and Fee Administration/
Special Ops, MIC:55
PO Box 942879
Sacramento, CA 94279-0055

Canon Financial Services
Howard N. Sobel
507 Kresson Road
Voorhees, NJ 08043-9564

Canon Financial Services, Inc
14004 Collections Center Drive
Chicago, IL 60693-0140

Canon Financial Services, Inc.
14904 Collections Center Drive
Chicago, IL 60693-0149

Cellco Partnership d/b/a Verizon Wireless
on behalf of its affiliates and subsids.
William M Vermette
22001 Loudon County Pkwy
Ashburn, VA 20147-6122

Chabot Space and Science Center
10000 Skyline Blvd
Oakland, CA 94619-2450

Charles Romaker
10 Whitney Street
Westborough, MA 01581-2519

City of Baton Rouge
Department of Finance
PO Box 2590
Baton Rouge, LA 70821-2590

Clau Cleaning Corp
1734 Lakeview Ave. #169
Dracut, MA 01826-6325

Claude Ganter
555 N Adams Street
Manchester, NH 03104-1610

Claude Ganter
9 Wildwood Rd
Auburn, NH 03032-3749

Claude Ganter
Mesmer & Deleault, PLLC
41 Brook Street
Manchester, NH 03104-3599

Cleveland Museum of
Natural History
1 Wade Oval Drive
Cleveland, OH 44106-1701

Coastal Capital
c/o Merra and Kanakis
159 Main St.
Nashua, NH 03060-2725

Coastal Capital, LLC
226 Lowell Street
Wilmington, MA 01887-3091

Coastal Capital, LLC
Curran Antonelli, LLP
c/o Zaschary J. Gregoricus
One Marina Park, Sr., Suite 14010
Boston, MA 02210-1874

Coffee Pause Company
1260 Suffield Street
Agawam, MA 01001-3055

Comcast
PO Box 1577
Newark, NJ 07101-1577

Commercepoint, Inc
1380 Lower Campus Road
Honolulu, HI 96822-2312

Cosmic Picture Distribution LLC
108 Village Square, Suite 304
Somers, NY 10589-2305

Crystal Rock
1050 Buckingham Street
Watertown, CT 06795-6602

Custom Mfg Services Inc.
235 Main Dunstable Rd
Nashua, NH 03062-1904

DLS Worldwide
PO Box 932721
Cleveland, Ohio 44193-0015

DLS Worldwide
PO Box 932721
Cleveland, OH 44193-0015

Daniel Skwara
17 Whitman Road
Nashua, NH 03062-2454

Daniel Stone
dba Allston Metalcraft Co.
17-2 Rita Lane
Bellingham, MA 02019-1492

David Martin Ratcliffe
946 Parkway Drive
Valley Center, KS 67147-2677

De Lage Landen Financial Services, Inc.
David K. Pinsonneault
111 Concord St.
PO Box. 488
Nashua, NH 03061-0488

Dearborn National
36788 Eagle Way
Chicago, IL 60678-0367

Denice Gallagher
1000 Elm St.
Floor 9
Manchester, NH 03101-1730

Denver Museum of Nature and Science
2001 Colorado Blvd
Denver, CO 80205-5798

Diagnostic Medical Associates
266 Depot Road
Hollis, NH 03049-6581

Discovery Park of America
830 Everett Blvd
Union City, TN 38261-7710

Edward White
26 Hackmatack Way
Gorham, ME 04038-2276

Elisabeth Moger
804 Zachary Ct.
Longmont CO 80504-4012

Elizabeth Moger
3912 Grove Avenue
Palo Alto, CA 94303-4552

Eric Silvernale
3 Sentry Way
Merrimack, NH 03054

Eversource
PO Box 650047
Dallas, TX 75265-0047

Eversource
PO Box 650047
Dallas, Texas 75265-0047

Exploration Place
300 N. Mclean Blvd
Wichita, KS 67203-5901

FedEx
PO Box 371461
Pittsburgh, PA 15250-7461

FedEx Corporate Services, Inc.
Attn: Revenue Recovery/Bankruptcy
3965 Airways Blvd. Module G.,3rd Floor
Memphis,TN 38116-5017

FedEx Freight
PO Box 223125
Pittsburgh, PA 15251-2125

Forcier Contracting & Building Services
32 Williams Street
Nashua, NH 03060-4087

Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952

Francis R. Vesey
138 Oneida Street
Manchester, NH 03102-5107

Francis Vesey
138 Oneida Street
Manchester, NH 03102-5107

Franklin Institute Science Museum
222 North 20th Street
Philadelphia, PA 19103-1190

Fulldome Film Society LTD
18 Java Road
North Point, Hong Kong

Gallagher Printing Services
PO Box 1096
Exeter, NH 03833-1096

Geoffrey Skelton
767 Stallion Road SE
Rio Rancho, NM 87124-2366

Giant Screen Films
624 Holly Springs Road
Holly Springs, NC 27540-9030

Grant Dugan
9 Wildwood Road
Auburn, NH 03032-3749

Hanover Insurance
1 Executive Park Dr.
Ste 200
Bedford, NH 03110-6913

Higgins Lawn Care
15 Hillcrest Drive
Merrimack, NH 03054-4104

Hokulani Imaginarium
Windward Community College
45-720 Keaahala Road
Kaneohi, HI 96744-3598

Houston Museum of Natural Science
5555 Hermann Park Drive
Houston, TX 77030-1799

INFITEC GmbH
Lise-Meitner0Strasse 9
ULM 89081 GERMANY

IPS
Attn: Ann Bragg
Marietta College Dept of Physics
215 Fifth St.
Marietta, OH 45750-4071

IPS ATTN: Ann Bragg
Marietta College of Physics
215 Fifth Street
Marietta, OH 45750-4033

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Imiloa Astronomy Center of Hawaii
600 Imiloa Place
Hilo, HI 96720-4072

InCorp Services, Inc
PO Box 94438
Las Vegas, NV 89193-4438

Infitech CmbH
Attn: Mr. Helmut Jorke,
Managing Director
Karlstrasse 70
89547 Gerstetten
Germany

Interenal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

J.F. McDonald Insurance Agency, Inc.
Joseph F. McDonald
20 Iron Hill Street/P.O. Box 890299
East Weymouth, MA 02189-0005

JF McDonald Insurance Agency
20 Iron Hill Street
East Weymouth, MA 02189-2715

Johan Gijsenbergs
713 16 Punna Withi 25
Bangkok, Thailand

Junhan Kim
A-303.22 Samtaegimal-gil
Gyeonggi-do 10939 Korea

Junhan Kim
116-402, 140, Ilhyeon-ro,
Ilsanseo-gu Goyangsi
Gyeonggido, Korea 10239

Juyean Lee
12450 NE 130th CT F303
Kirkland, WA 98034-7426

Juyean Lee
12450 NE 130th Court, Unit F303
Kirkland, Washington 98034-7426

K2 Communication Corp.
880 Appollo Street
El Segundo, CA 90245-4700

K2 Communication Corp.
880 Apollo Street
El Segundo, CA 90245-4700

KMG Soft, LLC
2203 Green Stone Drive
Arlington, TX 76001-6777

Kubotek USA Inc
2 Mount Royal Avenue
Marlborough, MA 01752-1960

Kurt Berna
379 Old Temple Road
Lyndeborough NH 03082-6030

Kurt Berna
379 Old Temple Road W
Lyndeborough NH 03082-6030

LMG LLC
2350 Investors Row
Orlando, FL 32837-8331

Lake Street Mill CA
a/o Avatar Properties
163 Main Street
Salem, NH 03079-3169

Lake Street Mill CA
c/o Avatar Properties
163 Main Street
Salem, NH 03079-3169

Louisiana Department of Revenue
P O Box 66658
Baton Rouge, La. 70896-6658

MSC Industrial
75 Maxess Road
Melville, NY 11747-3151

MSC Industrial Supply
75 Maxess Road
Melville, NY 11747-3151

Main Concept LLC
Divx LLC
4790 Eastgate Mall
Suite 2000
San Diego, CA 92121-2060

Martin Weiss
121 Badger Hill Drive
Milford, NH 03055-3326

Matthew Brown
8 Mockingbird Lane
Newmarket, NH 03857-2088

McLane Middleton
Attn: Accounts Receivable
900 Elm Street
Manchester, NH 03101-2007

McLane, Graf, Raulerson & Middleton PA
PO Box 126
Manchester, NH 03105-0126

McLane, Graf, Raulerson & Middleton, P.A
P.O. Box 126
Manchester, NH 03105-0126

Medaglia & Co
26 East Pearl Street
Nashua, NH 03060-3459

Mentor Graphics
8005 SW Boeckman Road
Wilsonville, OR 97070-7777

Meuser Optik GmbH
Fuererter Strasse 105
D65606 Villmar, GERMANY

Michael Mertinooke
105 Langford Rd
Raymond, NH 03077-1709

Michael Neverisky
98 Christian Hill Road
Amherst, NH 03031-3320

Michael S. Askenaizer, Chapter 7 Trustee
Trustee for Bankruptcy Estate of Steven
and Virginia Savage, #17-11760
29 Factory Street
Nashua, NH 03060-3310

Michael Sperry
30 Nightingale Rd
Nashua, NH 03062-2168

Mirage 3D
Lekstratt 156
2515VZ The Hague, THE NETHERLANDS

Museum of Science
Science Park
Boston, MA 02114

NH Employers Insurance Co
PO Box 4131
Woburn, MA 01888-4131

National Film Board of Canada
Alexandre Gonthier
1501 De Bleury, Montreal, Canada H3A 0H3
Montreal, QC

National Geographic
114 17th Street NW
Washington, DC 20036

National Space Center
Exploration Drive
Leicester, LE4 5NS UK

National Space Centre
NSSC Operations Ltd
Exploration Drive
Leicester, UK

Nelson Schneck
19 Hardy Lane
Hollis, NH 03049-5951

Neopost Inc
2580 Network Place
Chicago, IL 60673-1025

New England Copy Specialists
39 Sixth Street
Woburn, MA 01801-1757

New Hampshire Department of Revenue Administ
Legal Bureau
P.O. Box 457
Concord, NH 03302-0457

Niederman, Stanzel & Lindsey
55 West Webster Street
Manchester, NH 03104-2913

Northeast Delta Dental
PO Box 9566
Manchester, NH 03108-9566

Oceanic Research Group Inc
59 Old Andover Road
North Reading, MA 01864-1002

Office of the U.S. Trustee
537 Congress Street
Suite 300
Portland, ME 04101-3490

Ohira Tech Ltd.
4489-1 Ikonobecho
Kanagawa 224-0053 JAPAN

Ohira Tech Ltd.
4489-1 Ikonobecho, Tsuzukiku
Yokohama City
Kanagawa, Japan 224-0058

Ohira Tech Ltd.
Tenaglia & Hunt, P.A.
395 W Passaic Street, Suite 205
Rochelle Park, NJ 07662-3016

Ohira Tech, Ltd.
c/o Tenaglia & Hunt, P.A.
395 West Passaic St.
Suite 205
Rochelle Park, NJ 07662-3016

Opticis USA, LLC
17748 Skypark Circle, Suite 260
Irvine, CA 92614-4474

Opticis USA, LLC
Attn: Mr. Mickey Park,
Executive Partner
17748 Skypark Circle #260
Irvine, CA 92614-4474

Opticis USA. LLC
17748 Skypark Circle
Irvine, CA 92614-4474

Oregon Museum of Science and
Industry
1945 S.E. Water Avenue
Portland, OR 97214-3356

PCCW-HKT Ltd
PO Box 9896
GPO Hong Kong

PSI Industries Inc
1860 Hurd Drive
Irving TX 75038-4310

Paul Bartel
13 Independence Dr
Woburn, MA 01801-3851

Paul Tetu
44 Norris Street
Manchester, NH 03103-3726

Philips Lighting Holding BV
High Tech Campus 5
Eindhoven 5656 AE the Netherlands

Planetario De Pamplona
Calle Sancho Ramierz, 2
31008 Pamplona, SPAIN

Rebecca A Oney
423A Concord Street
Manchester, NH 03104-5143

Rebecca Oney
5B Mt. Washington Street
Derry, NH 03038

Remedy Arts LLC/Bella Gaia
229 West 11th Street
NY NY 10014

Remedy Arts LLC/Bella Gaia
229 West 11th Street
New York, NY 10014

Roanoke Trade Services Inc
1475 E. Woodfield Road, Suite 500
Schaumburg, IL 60173-4903

Robert Calusdian
8 Cheshire Court
Londonderry NH 03053-3987

SK Films Inc
225 Commissioners Street
Toronto Canada

Scott Wyman
15 Purington Lane
Hampton, NH 03842-1745

Sheehan Phinney Bass & Green
1000 Elm Street
Manchester, NH 03105-1700

Sheehan Phinney Bass & Green
1000 Elm Street
Manchester, NH 03101-1792

Sheehan Phinney Bass & Green PA
1000 Elm Street
Manchester, NH 03101-1792

Sinanian Development, Inc
18980 Ventura Blvd Suite 20
Tarzana, CA 91356-3233

Sinanian Development, Inc. dba Sinanian
Serge Sinanian
c/o Sinanian Development, Inc.
18980 Ventura Blvd., Ste. 200
Tarzana, CA 91356-3233

Sky Skan Europe GMBH
Ostereenstrasse 2
Seehaupt 82402 GERMANY

Sky Skan Europe GMBH
Osterneenstrasse 2
Seehaupt 82402 Germany

Sky Skan Oceana
48 Pin Oak Crescent
Flemington Victoria 3031
Australia

Sky Skan Oceana
c/o Jack White
PO Box 62 Brunswick East
Victoria 3057 Australia

Smithsonian Enterprises
PO Box 418177
Boston, MA 02241-8177

SolidXperts
98 Spit Brook Road
Nashua, NH 03062-5737

Sony Electronics Inc.
115 West Century Road - Suite 250
Paramus, NJ 07652-1459

Space Junk LLC
4047 Pillsbury Avenue South
Minneapolis MN 55409-1540

Spitz Inc.
Henry P. Baer, JR., Esq.,
Finn Dixon & Herling
Six Landmark Square, Suite 600
Stamford, CT 06901-2704

Spitz, Inc
700 Brandywine Drive
Chadds Ford, PA 19317-9669

State of California
State Board of Equalization
PO Box 9428789
Sacramento, CA 94279-0001

State of Louisiana
Baton Rouge Headquarters
PO Box 201
Baton Rouge, LA 70821-0201

State of NH
Department of Revenue Administration
45 Chennell Dr.
Concord, NH 03301-8541

Steve and Virginia Savage
2 Castelton Ct.
Merrimack, NH 03054-4750

Steven T. Savage
2 Castleton Court
Merrimack NH 03054-4750

Steven and Virginia Savage
2 Castleton Court
Merrimack NH 03054-4750

TY W. Bloomquist
9 Roby Street
Nashua, NH 03060-4960

Telus World of Science Edmonton
11211 142 Street
Edmonton Alberta T6M 4A1
Canada

The Cleveland Museum on Natural History
c/o Brian Kenyon
1 Wade Oval Drive, University Circle
Cleveland, OH 44106

The Franklin Institute
222 N. 20th Street
Philadelphia, PA 19103-1190

The Franklin Institute
Mark R. Fischer, Jr., Esq.
40 East Airy Street
Norristown, PA 19401-4803

The University of North Carolina at Chapel H
Office of Univ. Counsel
c/o Elizabeth Josephs
123 W. Franklin St., UNC-CH CB #910
Chapel Hill, NC 27599-0001

The University of North Carolina at Chapel H
University Counsel c/o Elizabeth Josephs
222 E. Cameron Ave., UNC-CH CB9105
Chapel Hill, NC 27599-0001

Ty Bloomquist
9 Roby Street
Nashua, NH 03060-4960

Tyler Associates
33 Burncoat Street
Worcester, MA 01605-1811

U. S. Department of Labor
Carol S. Hamilton, Reg. Dir
U.S.DOL/EBSA
15 New Sudbury Street, Rm. 575
Boston, Massachusetts 02203-0002

U.S. Dept. of Labor
EBSA - Room 575
JFK Federal Building
15 New Sudbury Street
Boston, Massachusetts 02203-0002

(p)U S SECURITIES AND EXCHANGE COMMISSION
ATTN BOSTON REGIONAL OFFICE
33 ARCH STREET 24TH FLOOR
BOSTON MA 02110-1424

U.S. Trustee Payment Center
P.O. Box 6200-19
Portland, OR 97228-6299

UPS
PO Box 7247-0244
Philadelphia, PA 19170-0001

US Dept of Labor/Employee Benefits
Carol Hamilton, Deputy Director
US DOL/EBSA 15 New Sudbury St,
Room 575
Boston MA 02203

US Dept of Labor/Employee Benefits
Mary W. Rosen, Acting Reg. Dir.
US DOL/EBSA 15 New Sudbury St,
Room 575
Boston MA 02203

United Parcel Service
PO Box 7247-0244
Philadelphia, PA 19170-0001

Verizon
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Verizon Wireless
Attn: Correspondence Team
PO Box 291089
Columbia, CS 29229-0019

Verkehrshaus Der Schweiz
Lidostrasse 5 CH6006
Luzern, SWITZERLAND

Verkehrshaus Der Schwiez
Lidostrasse 5 CH6006
Luzern Switzerland

Vernon Brown
5 Welch Road
Londonderry, NH 03053-2407

Vernon G Brown
5 Welch Rd.
Londonderry, NH 03053-2407

Virginia A. Savage
2 Castleton Court
Merrimack NH 03054-4750

(p)NH DEPARTMENT OF LABOR
95 PLEASANT ST
CONCORD NH 03301-3836

Waste Management
2625 W. Grandview Rd #150
Phoenix, AZ 85023-3109

Waste Mgt of Londonderry
PO B ox 13648
Philadelphia, PA 19101

Waste Mgt of Londonderry
PO Box 13648
Philadelphia, PA 19101-3648

Wipfli LLP
Lisa Cribben
469 Security Blvd
Green Bay, WI 54313-9707

Cheryl C. Deshaies
PO Box 648
Exeter, NH 03833-0648

Jeffrey Piampiano
Subchapter V Trustee
Drummond Woodsum
84 Marginal Way, Suite 600
Portland, ME 04101-2480

Peter N. Tamposi
The Tamposi Law Group
159 Main Street
Nashua, NH 03060-2725

Secretary of Labor U.S. Department of Labor
Office of the Regional Solicitor
JFK Federal Bldg.
Room E-375
Boston, Ma 02203

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

IRS
Special Procedures
80 Daniel St., PO Box 9502
Portsmouth, NH 03802

U.S. Securities and Exchange Comm
Boston Regional Office
33 Arch Street, 23rd Floor
Boston, MA 02110

Wage and Hour Administrator
NH Department of Labor
PO Box 2076
Concord, NH 03302-2076

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Creditors' Committee

(u)Department of Sciences
Technologies of Binh Dinh
208 Dein Hong Street
Ouy Nhon City Binh Dinh Province

(u)Stuart B. Ratner, P.C.

(u)United States of America

(d)Aberdeen LLC
10420 Pioneer Blvd
Santa Fe Springs, CA 90670-3734

(d)Advanced Lighting Ince/ALPS
125 Shawmut Road
Canton, MA 02021-1438

(d)AnJen Finishing, Inc.
432 Northboro Road Central
Marlborough, MA 01752-1823

(d)Audio Visual Imagineering, Inc
6565 Hazeltine National Drive
Suite 2
Orlando, FL 32822-5210

(d)Audio Visual Imagineering, Inc.
6565 Hazeltine National Drive
Suite 2
Orlando, FL 32822-5210

(d)Audio Visual Imagineering, Inc.
6565 Hazeltine National Drive, Suite 2
Orlando, FL 32822-5210

(d)Bank of America
PO Box 15731
Wilmington, DE 19886-5731

(d)Bank of America
PO Box 872237
El Paso, TX 79998

(d)Chabot Space and Science Center
10000 Skyline Blvd
Oakland, CA 94619-2450

(d)Clau Cleaning Corp.
1734 Lakeview Ave. #169
Dracut, MA 01826-6325

(d)Coffee Pause Company
1260 Suffield Street
Agawam, MA 01001-3055

(d)Commercepoint, Inc
1380 Lower Campus Road
Honolulu, HI 96822-2312

(d)Custom Mfg. Services, Inc.
235 Main Dunstable Road
Nashua, NH 03062-1904

(d)De Lage Landen Financial Services, Inc.
David K. Pinsonneault
111 Concord St.
PO Box. 488
Nashua, NH 03061-0488

(d)Dearborn National
36788 Eagle Way
Chicago, IL 60678-0367

(d)Denver Museum of Nature and Science
2001 Colorado Blvd
Denver, CO 80205-5798

(u)Department of Sciences and
Technologies of Binh Dinh
208 Dein Hong Street
Ouy Nhon City Binh Dinh Province

(d)Discovery Park of America
830 Everett Blvd
Union City, TN 38261-7710

(d)Forcier Contracting and Building Services
32 Williams Street
Nashua, NH 03060-4087

(d)Fulldome Film Society, LTD
18 Java Road
North Point, Hong Kong

(d)Gallagher Printing Services
PO Box 1096
Exeter, NH 03833-1096

(u)Gene Lerner

(d)Hanover Insurance
1 Executive Park Dr.
Suite 200
Bedford, NH 03110-6913

(d)Higgins Lawn Care
15 Hillcrest Drive
Merrimack, NH 03054-4104

(d)InCorp Services, Inc
PO Box 94438
Las Vegas, NV 89193-4438

(u)Infitech GmbH
Attn: Helmut Jorke,
Karlstrasse 70
Gerstetten-Germany 89547

(d)JF McDonald Insurance Agency
20 Iron Hill Street
East Weymouth, MA 02189-2715

(d)Johan Gijsenbergs
713 16 Punna Withi 25
Bangkok, THAILAND

(d)Junhan Kim
A-303.22, Samtaegimal-gil
Gyeonggi-do 10939 KOREA

(d)Kubotek, USA, Inc.
2 Mount Royal Avenue
Marlborough, MA 01752-1960

(d)LMG, LLC
2350 Investors Row
Orlando, FL 32837-8331

(u)Macao Science Center
c/o PCCW Solutions Limited
Hong Kong, S.A.R.
PRC

(u)Main Concept, LLC

(d)Matthew Brown
8 Mockingbird Ln.
Newmarket, NH 03857-2088

(d)Mentor Graphics
8005 SW Boeckman Road
Wilsonville, OR 97070-7777

(d)Michael Mertinooke
105 Langford Road
Raymond, NH 03077-1709

(d)Museum of Science
Science Park
Boston, MA 02114

(d)NH Employers Insurance Co
PO Box 4131
Woburn, MA 01888-4131

(d)Nelson Schneck
19 Hardy Ln
Hollis, NH 03049-5951

(d)Neopost Inc.
2580 Network Place
Chicago, IL 60673-1025

(d)New England Copy Specialists, Inc.
39 Sixth Street
Woburn, MA 01801-1757

(d)Northeast Delta Dental
PO Box 9566
Manchester, NH 03108-9566

(d)Oceanic Research Group, Inc
59 Old Andover Road
North Reading, MA 01864-1002

(d)PCCW-HKT Ltd
PO Box 9896
GPO, HONG KONG

(d)PSI Industries Inc.
1860 Hurd Drive
Irving, TX 75038-4310

(d)Paul Bartel
13 Independence Drive
Woburn, MA 01801-3851

(d)Philips Lighting Holding BV
High Tech Campus 5
Eindhoven 5656 AE, THE NETHERLANDS

(d)Planetario De Pamplona
Calle’ Sancho Ramierz 2
31008 Pamplona Spain

(d)Roanoke Trade Services, Inc
1475 E. Woodfield Road, Suite 500
Schaumburg, IL 60173-4903

(d)SK Films, Inc
225 Commissioners Street
Toronto, CANADA

(u)Signify Holding B.V.
High Tech Campus 7
Eindhoven NL

(d)Smithsonian Enterprises
PO Box 418177
Boston, MA 02241-8177

(d)SolidXperts
98 Spit Brook Road
Nashua, NH 03062-5737

(d)Space Junk. LLC
4047 Pillsbury Avenue South
Minneapolis, MN 55409-1540

(d)Tyler Associates
33 Burncoat Street
Worcester, MA 01605-1811

(d)Tyler Associates, Inc.
33 Burncoat Street
Worcester, MA 01605-1811

| | | |
|---|---|---|
| (d)Claude Ganter<br>555 N. Adams Street<br>Manchester, nh 03104-1610 | (u)Michael Askenaizer | (d)Steven T. Savage<br>2 Castleton Court<br>Merrimack, NH 03054-4750 |
| (u)Stuart B. Ratner | (d)Virginia A. Savage<br>2 Castleton Court<br>Merrimack, NH 03054-4750 | End of Label Matrix<br>Mailable recipients 230<br>Bypassed recipients 65<br>Total 295 |